# EXHIBIT A



**JAFFE RAITT HEUER & WEISS**
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital  
Attn: Neal Cohen  
708 Third Avenue, 31st Floor  
New York, NY 10017

September 11, 2014

Invoice No. 369576

---

RE: LSI

FOR LEGAL SERVICES RENDERED THROUGH 08/31/14
AS ITEMIZED ON THE ATTACHED REPORT

| | | |
|---|---|---|
| TOTAL ATTORNEY FEES: | $ | 8,280.00 |
| TOTAL DISBURSEMENTS: | $ | 27.40 |
| TOTAL AMOUNT DUE: | $ | 8,307.40 |

FED. TAX I.D. 38-1915036   TERMS: NET 30 DAYS

{2B}

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|---|
| 08/18/14 | JJP | REVIEW EMAIL FROM CLIENT RE: NEGOTIATIONS, RESPOND TO SAME, PREPARE CORRESPONDENCE TO LEE KELLERT RE: SAME. | .40 | 160.00 |
| 08/21/14 | LBK | CONFERENCE CALL RE: UNION NEGOTIATIONS; REVIEWED WITHDRAWAL LIABILITY ISSUES; | 1.50 | 600.00 |
| 08/21/14 | JJP | REVIEW CBA AND CORRESPONDENCE FROM CLIENT RE AGENDA AND PREPARE FOR CONFERENCE CALL RE LABOR NEGOTIATIONS. | 1.30 | 520.00 |
| 08/21/14 | JJP | TELEPHONE CONVERSATION WITH CLIENT RE STATUS OF LABOR NEGOTIATIONS, LAW, LEGAL ISSUES, STRATEGIES, OBJECTIVES, ETC. OFFICE CONFERENCE WITH LEE KELLERT RE SAME. | 2.30 | 920.00 |
| 08/22/14 | JJP | REVIEW PREVIOUS COLLECTIVE BARGAINING AGREEMENTS TO GET A SENSE OF HISTORY OF NEGOTIATIONS | 2.60 | 1040.00 |
| 08/23/14 | JJP | REVIEW AND CONTRAST CURRENT CBA AND RECOMMENDATIONS FOR CHANGE | 1.90 | 760.00 |
| 08/24/14 | JJP | REVIEW MINNESOTA LAW FOR CONSISTENCY WITH PROPOSED HANDBOOK AND MN STATE LAWS. | 1.40 | 560.00 |
| 08/25/14 | JJP | PREPARE FOR TELEPHONE CONVERSATION WITH CLIENT. REVIEW ORIGINAL EMPLOYEE HANDBOOK AND PROPOSED AMENDMENTS TO SAME. REVIEW OTHER RULES AND REGS. REVIEW AMENDED CBA TOO. TELEPHONE CONFERENCE WITH CLIENTS RE OPTIONS, OBJECTIVES. ENGAGE IN TELEPHONE CONVERSATION WITH CLIENT INCLUDING NEAL , DARREN, AND OMAR RE OPTIONS, OBJECTIVES. | 5.70 | 2280.00 |
| 08/27/14 | JJP | REVIEW DOCUMENTS TO PREPARE FOR TELEPHONE CONFERENCE WITH CLEINTS. EXPLORE OPTIONS AND ROLES TO COMMENCE NEGOTIATIONS. STRATEGY ON SAME. OBJECTIVES AND DIRECTIVES. | 1.90 | 760.00 |
| 08/29/14 | LBK | ATTENTION TO LABOR MATTERS; EMAIL CORRESPONDENCE RE: SAME; | .70 | 280.00 |
| 08/29/14 | JJP | REVIEW ALL UNION CORRESPONDENCE TO PREPARE FOR TELEPHONE CONFERENCE WITH CLIENT RE OPENING OF NEGOTIATIONS. TELEPHONE CONVERSATION WITH CLIENT RE SAME. PREPARE LETTER TO UNION FOR OMAR SIGNATURE. | 1.00 | 400.00 |

```
COBE CAPITAL                                    Sep 11, 2014      PAGE    3
FILE NUMBER: COBE-LSI
INVOICE NO.: 369576


                    ************** DISBURSEMENTS **************

07/18/14 COPY EXPENSE # 2                                            1.05
08/21/14 COLOR COPIES                                                4.50
08/25/14 COPY EXPENSE # 1                                            0.15
08/25/14 COLOR COPIES                                               21.25
08/26/14 COPY EXPENSE # 2                                            0.45




      *---------------------------TIME AND FEE SUMMARY---------------------*
      *----------TIMEKEEPER---------*   RATE   HOURS         FEES
      LEE B. KELLERT                   400.00   2.20         880.00
      JAMES J PARKS                    400.00  18.50        7400.00
                             TOTALS            20.70        8280.00
```



**JAFFE RAITT HEUER & WEISS**
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital
Attn: Neal Cohen
708 Third Avenue, 31st Floor
New York, NY 10017

January 23, 2015

Invoice No. 375116

RE: LSI

FOR LEGAL SERVICES RENDERED THROUGH 12/31/14
AS ITEMIZED ON THE ATTACHED REPORT

| | | |
|---|---|---|
| TOTAL ATTORNEY FEES: | $ | 75,299.00 |
| TOTAL DISBURSEMENTS: | $ | 6,289.99 |
| TOTAL AMOUNT DUE: | $ | 81,588.99 |

FED. TAX I.D. 38-1915036    TERMS: NET 30 DAYS

{2B}

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|---|---|---|---|---|
| 09/05/14 | JJP | REVIEW HANDBOOK TO PREPARE FOR TELEPHONE CONVERSATION WITH CLIENT. ENGAGE IN TELEPHONE CONVERSATION WITH CLIENT RE STRATEGY, OBJECTIVES AND LABOR NEGOTIATIONS. PREPARE DRAFT OF LETTER TO UNION RE FIRST NEGOTIATIONS. | 2.70 | 1080.00 |
| 09/09/14 | JJP | TELEPHONE CONFERENCE WITH BUSINESS AGENT RE DATES, REVIEW EMAILS RE STATUS OF GRIEVANCES. TELEPHONE CONFERENCE WITH CLIENT RE STATUS OF COMMUNICATIONS WITH UNION | 1.30 | 520.00 |
| 09/10/14 | JJP | TELEPHONE CONFERENCE WITH BUSINESS AGENT (BA) RE NEGOTIATIONS, ISSUES, SET STAGE. PREPARE CORRESPONDENCE TO CLIENT AND TELEPHONE CONFERENCE WITH CLIENT RE SAME. | 1.80 | 720.00 |
| 09/15/14 | LBK | EMAIL CORRESPONDENCE RE: LOAN OPTIONS; | .30 | 120.00 |
| 09/15/14 | JJP | REVIEW NOTES FROM DARREN RE OBJECTIVES FOR NEGOTIATIONS. REVIEW EXISTING CBA AND HANDBOOK TO IDENTIFY AREAS TO NEGOTIATE. TELEPHONE CONFERENCE WITH DARREN AND OMAR TO REVIEW THE ENTIRE CONTENT OF THE CBA AND IDENTIFY NEGOTIATION STRATEGIES, UNION COMPLIMENT AND PREPARE IDEAL LANGUAGE. | 6.80 | 2720.00 |
| 09/16/14 | TEC | ATTENTION TO DEBT ISSUES WITH LEE KELLERT. | .20 | 83.00 |
| 09/16/14 | LBK | ATTENTION TO LINE OF CREDIT RELATED MATTERS; TELEPHONE CONFERENCE WITH DARREN CHAFEE (X2); | .80 | 320.00 |
| 09/16/14 | JJP | REVIEW DOCUMENTS TO PREPARE FOR NEGOTIATIONS. TRAVEL TO MINNEAPOLIS. | 8.30 | 3320.00 |
| 09/17/14 | JJP | REVIEW BULLET POINTS PREPARED BY OMAR AND PREPARE FOR NEGOTIATIONS. CONFERENCE WITH DARREN AND OMAR RE ROLES, OBJECTIVES, LOGISITICS OF NEGOTIATIONS. ENGAGE IN LABOR NEGOTIATIONS. TRAVEL FROM MINN TO DETROIT. | 14.40 | 5760.00 |
| 09/18/14 | LBK | ATTENTION TO BANK MATTERS; REVIEWED SUBORDINATION AGREEMENT; | .40 | 160.00 |
| 09/18/14 | JJP | REVIEW NOTES OF SESSION. PREPARE NOTES WITH OBJECTIVES, OBSERVATIONS, ETC. TELEPHONE CONVERSATION WITH CLIENTS RE POST MORTUM AND OBJECTIVES FOR FUTURE NEGOTIATIONS. | 1.70 | 680.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/19/14 | LBK | TELEPHONE CONFERENCE WITH DARREN CHAFFEE; ATTENTION TO LOAN STRUCTURE; | .40 | 160.00 |
| 09/19/14 | JJP | AMEND CBA. | 6.00 | 2400.00 |
| 09/22/14 | JJP | REVIEW AND CONTINUE AMENDMENTS TO PROPOSAL OF CBA. PREPARE MEMO TO CLIENTS RE RECOMENDATIONS AND REFLECTING CHANGES FROM OLD CBA. | 5.90 | 2360.00 |
| 09/24/14 | TEC | ATTENTION TO NOTE PURCHASE AGREEMENT. | .40 | 166.00 |
| 09/24/14 | LBK | REVIEWED LOAN PURCHASE AGREEMENT AND ASSIGNMENT; EMAIL CORRESPONDENCE RE: SAME; | .50 | 200.00 |
| 09/25/14 | LBK | ATTENTION TO CHANGE IN DEAL TERMS; | .30 | 120.00 |
| 09/25/14 | JJP | REVIEW INSURANCE COSTS AND COVERAGE. PREPARE CORRESPONDENCE TO UNION RE SAME. VARIOUS EMAILS TO CLIENT RE STATUS, NEW LANGUAGE. | 1.20 | 480.00 |
| 09/26/14 | JMW | CALL WITH DARREN AND NEAL RE FINANCING MATTERS; REVIEW OF DOCUMENTS | .30 | 132.00 |
| 09/26/14 | LBK | TELEPHONE CONFERENCE WITH DARREN CHAFFEE; ATTENTION TO BANK MATTERS; | .40 | 160.00 |
| 09/26/14 | SRM | ATTENTION TO PREPARATION AND SUBMISSION OF DE FORMATION OF COCHA FINANCE; EIN OBTAINED; FILED DOUCMENTS RECEIVED; DOCUMENTS FORWARDED; ENTITY BOOK ESTABLISHED; | 1.00 | 165.00 |
| 09/29/14 | JJP | ATTENTION TO COMPLETION OF PROPOSAL AND EXHBITS TO CBA. VARIOUS TELEPHONE CONVERSATION WITH CLIENT RE SAME. PREPARE CORRESPONDENCE TO OPPOSING COUNSEL RE SAME. | 9.30 | 3720.00 |
| 10/01/14 | JJP | COMMUNICATIONS WITH CLIENT RE STATUS AND BARGAINING FOR UNILATERAL CHANGE. TELEPHONE CONFERENCE WITH UNION TO ENGAGE IN SAME. | 1.70 | 680.00 |
| 10/02/14 | JMW | CALLS WITH DARREN; REVIEW OF CREDIT ISSUES | .40 | 176.00 |
| 10/02/14 | REK | REVIEW OUTLINE OF TRANSACTION AND PROPOSED DOCUMENTS | .90 | 328.50 |
| 10/02/14 | JJP | TELEPHONE CONFERENCE WITH BUSINESS AGENT RE VARIOUS ISSUES INCLUDING; GRIEVANCE OF TIM GRETHCHINS, UNILATERAL CHANGE OF CONDITIONS INCLUDING LOSS OF POSITIONS AND 3RD SHIFT, CHANGES IN PROPOSAL FROM ORIGINAL CBA, FUTURE NEGOTIATIONS. PREPARE CORRESPONDENCE TO CLIENTS RE SAME. REVIEW CORRESPONDENCE FROM CLIENT RE STATUS. | 2.30 | 920.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/03/14 | JMW | CALLS WITH NEAL AND DARREN; PREPARATION OF LETTER AGREEMENT WITH BANK; REVIEW OF RELATED DOCUMENTS | 1.10 | 484.00 |
| 10/03/14 | REK | REVIEW DOCUMENTS RELATIVE TO PLEDGE AND OPTION | .40 | 146.00 |
| 10/03/14 | JJP | PREPARE CORRESPONDENCE TO CLIENT RE STATUS AND REQUIRED INFORMATION. TELEPHONE CONFERENCE WITH DONNIE RE NEGOTIATIONS, SHIFT CHANGE, FUTURE PLANS, BARGAIN ON EFFECTS OF CHANGES. DISCUSS TERMS OF PROPOSAL AND GRIEVANCES. | 1.90 | 760.00 |
| 10/06/14 | JJP | CORRESPONDENCE TO BUSINESS AGENT "BA" RE STATUS OF GETCH DISMISSAL. PREPARE CORRESPONDENCE TO CLIENT RE GREIVACNE OF GETCH. REVIEW SAME | .70 | 280.00 |
| 10/07/14 | JJP | REVIEW REDLINE AND ORIGINAL CBA TO PREPARE WITH TELEPHONE CONFERENCE WITH BA TO DISCUSS PROPOSAL. DISCUSS OTHER ISSUES AT SHOP INCLUDING USE OF TEMPS WITH PLANS TO REDUCE UNION JOBS. REVIEW CBA RE SAME. DISCUSS ARBIRTATION ON TERMINATED EMPLOYEE. BEGIN DISCUSSIONS RE OUR PROPOSAL TERMS. PREPARE CORRESPONDENCE TO CLIENT RE PAYMENT OF UNION DUES. | 2.10 | 840.00 |
| 10/08/14 | JJP | TELEPHONE CONFERENCE WITH DONNIE RE TERMS OF PROPOSAL REVIEW SAME | 2.30 | 920.00 |
| 10/09/14 | JJP | TELEPHONE CONFERENCE WITH CLIENT RE STATUS OF NEGOTIATION, DISCUSS LAYOFF, NEW ISSUES. PREPARE CORRESPONDENCE TO BA RE SAME. TELEPHONE CONFERENCE WITH BA RE SAME. | 1.30 | 520.00 |
| 10/14/14 | JJP | REVIEW PREVIOUS NOTES AND ISSUES TO PREPARE FOR CONTINUED NEGOTIATIONS WITH UNION. CORRESPONDENCE WITH CLIENT RE SAME. TRAVEL TO MINN. | 8.20 | 3280.00 |
| 10/15/14 | JJP | PRE-MEETING WITH CLIENTS TO DISCUSS STRATEGIES OF NEGOTIATIONS, ISSUES, OBJECTIVES. ENGAGE IN LABOR NEGOTIATIONS, TRAVEL BACK TO DETROIT. | 14.70 | 5880.00 |
| 10/16/14 | DLB | TELEPHONE CONFERENCE WITH DARREN CHAFFEY EXPLAINING HOW TO CALCULATE PARTIAL WITHDRAWAL FROM MULTIEMPLOYER PENSION PLAN USING TESTING PERIOD AND BASE PERIOD | .20 | 66.00 |
| 10/20/14 | PA | PHONE CALL WITH JOANNE REGARDING EMPLOYEE AND FMLA ISSUE; REVIEW FMLA REGULATIONS; COMMUNICATION WITH JOANNE CONFIRMING SAME. | .60 | 189.00 |

10/20/14 JJP OFFICE CONFERENCE WITH PATRICE RE FACTS OF          .30    120.00
             DISCIPLINE AND PROSPECT OF FMLA OVERTONES.
             PREPARE CORRESPONDENCE TO CLIENT RE SAME.

10/21/14 JJP TELEPHONE CONFERENCE WITH BUSINESS AGENT DONNIE    1.20    480.00
             RE LANGUAGE OF THE CBA

10/22/14 JJP REVIEW NOTES OF NEGOTIATIONS, PREPARE NOTE TO       .70    280.00
             DONNIE RE SAME.

10/23/14 MJB REVISE OPERATING AGREEMENT COCHA FINANCE LLC TO     .20     85.00
             REFLECT PARTNERSHIP TAX TREATMENT.

10/24/14 JJP TELEPHONE CONFERENCE WITH UNION BA TO REVIEW       5.90   2360.00
             EACH PROVISION OF THE CBA. CORRESPONDENCE WITH
             CLIENTS AND BUSINESS AGENT (BA) RE INSURANCE
             ISSUES AND COVERAGE. MAKE CHANGES TO EXISTING
             COMPARISON FROM ORIGINAL CBA TO NEW CHANGES.

10/24/14 MJB REVISE OPERATING AGREEMENT OF COCHA FINANCE LLC     .50    212.50
             TO REFLECT TREATMENT AS PARTNERSHIP FOR TAX
             PURPOSES.

10/26/14 JJP REVIEW EMAIL AND DOCUMENTS FROM CLIENTS            4.90   1960.00
             REGARDING COST OF INSURANCE COVERAGE AND
             PROPOSAL OF SAME TO UNION. TRAVEL TO MINN.

10/27/14 JJP PREPARE FOR AND ENGAGE IN COLLECTIVE BARGAINING   14.60   5840.00
             WITH CARPENTERS IN MINN. TRAVEL TO DETROIT.

10/29/14 JJP REVIEW NOTES FROM BARGAINING SESSION, AMEND        2.90   1160.00
             DRAFT OF CBA. PREPARE CORRESPONDENCE TO BA RE
             SAME. REVIEW NOTES FROM OMAR RE VACATION
             ISSUES.

10/31/14 JJP VARIOUS TELEPHONE CONFERENCE WITH DONNIE RE         .90    360.00
             LAYOFF OF UNION NEGOTIATING COMMITTEE MEMBER,
             GARY. TELEPHONE CONFERENCES WITH CLIENT AND
             DONNIE RE SAME.

11/03/14 JJP REVIEW CORRESPONDENCE FROM CPA RE REVIEW OF         .90    360.00
             FINANCIALS. REVIEW OBJECTIVES AND OPTIONS.
             PREPARE CORRESPONDENCE TO CLIENT RE SAME.
             PREPARE CORRESPONDENCE TO DONNIE AND CPA RE
             SAME.

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/04/14 | JJP | MANY TELEPHONE CONFERENCES WITH BA, DONNIE KERNS RE: SELECTION OF ARBITRATOR, FMCS, SUGGESTED "POINT SYSTEM", PREPARE CORRESPONDENCE TO HIM AND REVIEW HIS CORRESPONDENCE TO "DARLENE" WITH SUGGESTIONS. TELEPHONE CONFERENCE RE CONCERNS RE OMAR ASSERTED ULP RE "THREAT" ON UNION COMMITTE MEMBERS VACATION, ETC. TELEPHONE CONFERENCE WITH DONNIE RE LOGISTICS OF MEETING, WHEN, WHERE. | 1.50 | 600.00 |
| 11/04/14 | JJP | TELEPHONE CONFERENCE WITH DARREN TO REVIEW FINANCIAL DOCUMENTS. TELEPHONE CONFERENCE WITH DARREN RE LOGISTICS OF NEGOTIATIONS. TELEPHONE CONFERENCE WITH AND PREPARE CORRESPONDENCE RE OMARS "ROLE" DURING COLLECTIVE BARGAINING. .RESEARCH "DROP BOX" TYPE SECURE METHOD TO SEND CPA OF UNION | 1.30 | 520.00 |
| 11/06/14 | JJP | TELEPHONE CONFERENCE WITH DONNIE RE ARBITRATION. VARIOUS COMMUNICATIONS WITH OMAR AND DONNIE RE OPTIONS RELATED TO ARBITRATION. REVIEW "LOCK BOX" ISSUE | .90 | 360.00 |
| 11/06/14 | PRH | REVIEW PREFERENCE COMPLAINT IN IACCARINO CASE. REVIEW BANKRUPTCY CASE DOCKET. RELATED CORRESPONDENCE. | 1.20 | 420.00 |
| 11/10/14 | JJP | REVIEW CORRESPONDENCE FROM NEAL RE OBJECTIVES, CONCERNS. REVIEW CURRENT LANGUAGE OF PROPOSED CBA AND PREPARATION OF CORRESPONDENCE TO CLIENT TO ADDRESS QUERRIES. REVIEW CORRESPONDENCE FROM DARREN RE LETTER FROM INSURANCE CARRIER FOR RESPONSE TO INSURANCE COSTS ISSUES. REVIEW CORRESPONDENCE FROM OMAR RE STATUS AND COMMENTS ON VARIOUS MATTERS | 1.20 | 480.00 |
| 11/10/14 | PRH | CORRESPONDENCE REGARDING PREFERENCE ACTION. | .20 | 70.00 |
| 11/11/14 | JJP | TELEPHONE CONFERENCE WITH BA RE ARBITRATION | .30 | 120.00 |
| 11/11/14 | PRH | PHONE CALL AND E-MAIL CORRESPONDENCE WITH J. CAULFIELD REGARDING BANKRUPTCY PREFERENCE ACTION. | 1.20 | 420.00 |
| 11/18/14 | EMM | DISCUSSED ARBITRATION RESEARCH WITH JAMPAR | .30 | 57.00 |
| 11/19/14 | JJP | REVIEW CORRESPONDENCE FROM FMCS (DARLENE) RE STATUS OF LANGUAGE RE CBA POINT SYSTEM | .30 | 120.00 |
| 11/19/14 | PRH | VARIOUS CORRESPONDENCE REGARDING PREFERENCE ACTION. | .20 | 70.00 |
| 11/19/14 | EMM | RESEARCHED ARBITRATORS | 4.90 | 931.00 |

11/20/14 JJP ATTENTION TO TRANSFER OF CONFIDENTIAL                .80    320.00
             INFORMATION TO UNIONS CPA.

11/20/14 JJP OFFICE CONFERENCE WITH EMILY MAHER TO DISCUSS        .60    240.00
             SELECTION OF ARBITRATORS FOR GRIEVANCE

11/20/14 PRH REVIEW DOCUMENTATION RELATED TO PREFERENCE          2.60    910.00
             ACTION.  PREPARE ANALYSIS.  PHONE CALL WITH J.
             CAULFIELD REGARDING STRATEGY.

11/20/14 EMM FURTHER RESEARCHED ARBITRATOR, COMPILED             4.10    779.00
             INFORMATION, PREPARED MEMO

11/21/14 JJP REVIEW MEMO ON ARBITRATORS, REVIEW CASE             1.70    680.00
             DECISIONS, TELEPHONE CONFERENCE WITH DONNIE TO
             ENGAGE IN SELECTION PROCESS. PREPARE
             CORRESPONDENCE TO CLIENT RE STATUS.

11/21/14 JJP REVIEW FINANCIAL INFORMATION TO SEND, DOWNLOAD      1.50    600.00
             AND PASSWORD PROTECT. PREPARE DRAFT OF
             CONFIDENTIALITY AGREEMENT, AMEND AND FINALIZE
             SAME. PREPARE CORRESPONDENCE TO UNION AND
             ACCOUNTANT RE SAME.

11/24/14 JJP ATTENTION TO NEGOTIATION ISSUES.                     .70    280.00

11/25/14 JJP REVIEW JUDGMENT AGAINST COMPANY FOR VACATION         .40    160.00
             PAY.

11/25/14 PRH PHONE CALL WITH J. CAULFIELD REGARDING               .80    280.00
             PREFERENCE ACTION.  PREPARE DRAFT OF E-MAIL TO
             TRUSTEE'S COUNSEL.

11/26/14 JJP REVIEW CORRESPONDENCES FROM CLIENT RE SECOND         .60    240.00
             SHIFT. PREPARE CORRESPONDENCE TO DONNIE RE
             SAME.

12/03/14 JJP REVIEW AND AMEND CONFIDENTIALITY AGREEMENT.          .60    240.00
             TELEPHONE CONFERENCE WITH ACCOUTANT RE SAME.
             PREPARE CORRESPONDENCE TO ALL RE SAME.

12/03/14 PRH CORRESPONDENCE WITH TRUSTEE AND CLIENT              1.00    350.00
             REGARDING PREFERENCE NEGOTIATIONS, ANSWER
             DEADLINE.

12/04/14 LBK ATTENTION TO WITHDRAWAL LIABILITY ISSUES;            .50    200.00

12/04/14 DLB RESPOND TO QUESTIONS REGARDING PENSION PLAN          .30     99.00
             WITHDRAWAL LIABILITY

COBE CAPITAL                                    Jan 23, 2015      PAGE    8
FILE NUMBER: COBE-LSI
INVOICE NO.: 375116

12/04/14 JJP REVIEW EMAILS FROM CLIENT RE STATUS OF BUSINESS    .90    360.00
             AND HEALTH INSURANCE ISSUES. PREPARE
             CORRESPONDENCE TO DONNIE RE SAME. REVIEW AND
             SEND FINANCIAL INFORMATION TO DARREN AND
             DISCUSS OTHER INFO TO UNION CPA

12/05/14 LBK ATTENTION TO WITHDRAWAL LIABILITY AND RELATED      .50    200.00
             MATTERS; TELEPHONE CONFERENCE WITH DARREN
             CHAFFEE RE: SAME;

12/08/14 JJP TELEPHONE CONVERSATION WITH BUSINESS AGENT RE     1.00    400.00
             ULTIMATIM.  DISCUSS AND REVIEW LANGUAGE.
             TELEPHONE CONVERSATION WITH CLIENT RE MEETING
             WITH CPA, ULTIMATUM, OBJECTIVES.

12/09/14 JJP REVIEW LANGUAGE SENT BY DONNIE. REVIEW HISTORY   1.20    480.00
             TO PREPARE FOR

12/10/14 JJP TRAVEL TO AND ENGAGE IN COLLECTIVE BARGAINING   10.30   4120.00

12/11/14 JJP ENGAGE IN COLLECTIVE BARGAINING AND TRAVEL TO   12.20   4880.00
             DETROIT.

12/17/14 JJP TELEPHONE CONFERENCE WITH DONNIE RE VOTE OF THE    .70    280.00
             UNION AND CBA. DISCUSS 2 PENDING GRIEVANCES,
             FACTS, HISTORY AND INFORMATION TO DEFEND SAME.
             PREPARE CORRESPONDENCE TO CLIENT RE SAME.

12/17/14 PRH CORRESPONDENCE TO CLIENT REGARDING STATUS OF       .30    105.00
             IACCARINO PREFERENCE ACTION.

12/18/14 PRH SETTLEMENT NEGOTIATIONS WITH BANKRUPTCY            .60    210.00
             TRUSTEE. RELATED E-MAILS WITH O. HAQUE.

12/19/14 JJP TELEPHONE CONFERENCE WITH CLIENT AND DONNIE RE     .60    240.00
             GRIEVANCES, FINAL CBA.

12/19/14 PRH REVIEW SETTLEMENT AGREEMENT.  CORRESPONDENCE       .70    245.00
             WITH BANKRUPTCY TRUSTEE.  PREPARE E-MAIL TO
             CLIENT REGARDING SETTLEMENT.


                *************** DISBURSEMENTS ***************

09/05/14 COPY EXPENSE # 2                                              0.30
09/10/14 COPY EXPENSE # 2                                              0.15
09/16/14 TRAVEL EXPENSES TO ST. PAUL - - VENDOR: JAMES              1378.48
         PARKS
09/19/14 COPY EXPENSE # 2                                              5.10
09/22/14 COPY EXPENSE # 1                                              1.20
09/22/14 COLOR COPIES                                                 19.00
09/26/14 COPY EXPENSE # 2                                              7.05
09/29/14 COLOR COPIES                                                 12.00
09/29/14 COPY EXPENSE # 2                                             15.15

```
COBE CAPITAL                              Jan 23, 2015      PAGE    9
FILE NUMBER: COBE-LSI
INVOICE NO.: 375116

10/01/14 COPY EXPENSE # 2                                       1.80
10/06/14 COPY EXPENSE # 1                                       4.80
10/07/14 COLOR COPIES                                           5.00
10/08/14 COPY EXPENSE # 2                                       2.25
10/14/14 COPY EXPENSE # 1                                       0.30
10/14/14 COLOR COPIES                                          31.50
10/14/14 TRAVEL EXPENSES TO MINNEAPOLIS FOR MTG - -           1285.02
         VENDOR: JAMES PARKS
10/24/14 COPY EXPENSE # 1                                      11.25
10/24/14 COLOR COPIES                                          42.50
10/24/14 COPY EXPENSE # 2                                      24.15
10/27/14 TRAVEL EXPENSES TO MINNEAPOLIS - - VENDOR:           1841.92
         JAMES PARKS
10/29/14 COLOR COPIES                                           7.50
10/31/14 COPY EXPENSE # 1                                       0.15
11/03/14 COPY EXPENSE # 1                                       0.30
11/06/14 COPY EXPENSE # 2                                      14.40
11/21/14 COPY EXPENSE # 1                                       6.75
11/21/14 COPY EXPENSE # 2                                       7.50
11/25/14 COPY EXPENSE # 2                                       0.15
12/03/14 COPY EXPENSE # 2                                       0.60
12/09/14 COLOR COPIES                                           4.00
12/10/14 TRAVEL EXPENSES TO MINNEAPOLIS - - VENDOR:           1353.82
         JAMES PARKS
12/11/14 TRAVEL EXPENSES TO ST. PAUL - - VENDOR: JAMES         205.90
         PARKS


*-----------------------------TIME AND FEE SUMMARY----------------------*
*---------TIMEKEEPER---------*    RATE   HOURS              FEES
TOM E. COUGHLIN                  415.00    .60             249.00
JEFFREY M. WEISS                 440.00   1.80             792.00
PATRICE S. AREND                 315.00    .60             189.00
LEE B. KELLERT                   400.00   4.10            1640.00
RICHARD E. KRUGER                365.00   1.30             474.50
DEBORAH L. BAUGHMAN              330.00    .50             165.00
JAMES J PARKS                    400.00 166.20           66480.00
MARKO J BELEJ                    425.00    .70             297.50
PAUL R. HAGE                     350.00   8.80            3080.00
EMILY M. MAYER                   190.00   9.30            1767.00
SUSAN R. MCMASTER                165.00   1.00             165.00
                  TOTALS                 194.90          75299.00
```



**Jaffe**
JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital
Attn: Neal Cohen
708 Third Avenue, 31st Floor
New York, NY 10017

February 10, 2015

Invoice No. 375673

RE: LSI

FOR LEGAL SERVICES RENDERED THROUGH 01/31/15
AS ITEMIZED ON THE ATTACHED REPORT

|  |  |  |
|---|---|---|
| TOTAL ATTORNEY FEES: | $ | 1,305.00 |
| TOTAL DISBURSEMENTS: | $ | 9.60 |
| TOTAL AMOUNT DUE: | $ | 1,314.60 |

FED. TAX I.D. 38-1915036   TERMS: NET 30 DAYS

{2B}

```
COBE CAPITAL                          Feb 10, 2015      PAGE    2
FILE NUMBER: COBE-LSI
INVOICE NO.: 375673



  DATE   ATTY    SERVICE DESCRIPTION                      HOURS

01/07/15 PRH REVIEW DOCKET IN IACCARINO & SON BANKRUPTCY    .30    105.00
             CASE.  CORRESPONDENCE TO CLIENT REGARDING
             STATUS OF SETTLEMENT AGREEMENT.

01/12/15 PRH REVIEW ADVERSARY PROCEEDING DOCKET TO CONFIRM  .10     35.00
             THAT NO DEFAULT WAS ENTERED.

01/15/15 PRH PHONE CALL TO O. HAQUE REGARDING STATUS OF     .10     35.00
             SETTLEMENT.

01/16/15 JJP REVIEW PROPOSED CBA FOR COMPLIANCE WITH AGREED 2.30    920.00
             LANGUAGE. PREPARE CORRESPONDENCE TO CLIENT AND
             EMAILS RE SAME. VARIOUS COMMUNICATION WITH
             UNION TO FINALIZE SAME.

01/19/15 PRH CORRESPONDENCE REGARDING STATUS OF PREFERENCE  .10     35.00
             ACTION.

01/22/15 PRH CORRESPONDENCE REGARDING STATUS OF PREFERENCE  .10     35.00
             SETTLEMENT.

01/26/15 PRH E-MAIL CORRESPONDENCE REGARDING SETTLEMENT WITH .40   140.00
             CLIENT AND TRUSTEE.  REVIEW FULLY EXECUTED
             SETTLEMENT AGREEMENT.  CALENDAR DEADLINES.



             *************** DISBURSEMENTS ***************

11/06/14 PACER CHARGES NET CHARGES                                   9.00
01/26/15 COPY EXPENSE # 2                                            0.60




   *-------------------------TIME AND FEE SUMMARY----------------------*
   *----------TIMEKEEPER----------*  RATE    HOURS          FEES
   JAMES J PARKS                    400.00    2.30         920.00
   PAUL R. HAGE                     350.00    1.10         385.00
                         TOTALS               3.40        1305.00
```



**Jaffe**
JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital  
Attn: Neal Cohen  
708 Third Avenue, 31st Floor  
New York, NY  10017

June 10, 2015

Invoice No. 381050

---

RE: LSI

FOR LEGAL SERVICES RENDERED THROUGH 05/31/15
AS ITEMIZED ON THE ATTACHED REPORT

|  |  |  |
|---|---|---|
| TOTAL ATTORNEY FEES: | $ | 176.00 |
| TOTAL DISBURSEMENTS: | $ | 426.45 |
| TOTAL AMOUNT DUE: | $ | 602.45 |

FED. TAX I.D. 38-1915036    TERMS: NET 30 DAYS

{2B}

```
COBE CAPITAL                              Jun 10, 2015     PAGE   2
FILE NUMBER: COBE-LSI
INVOICE NO.: 381050




  DATE   ATTY    SERVICE DESCRIPTION                    HOURS

04/27/15 PRH CORRESPONDENCE WITH IACCARINO CHAPTER 7     .10    35.00
             TRUSTEE.

04/30/15 PRH REVIEW MOTION TO APPROVE SETTLEMENT.        .30   105.00

05/29/15 PRH REVIEW ORDER APPROVING PREFERENCE SETTLEMENT. .10  36.00



             *************** DISBURSEMENTS ***************

09/29/14 SERVICE FEES - - VENDOR: CT CORPORATION SYSTEM        425.40
01/12/15 PACER CHARGES NET CHARGES                               0.60
04/23/15 COPY EXPENSE # 2                                        0.45



   *---------------------------TIME AND FEE SUMMARY----------------------*
   *----------TIMEKEEPER---------*   RATE   HOURS         FEES
   PAUL R. HAGE                     352.00    .50       176.00
                          TOTALS              .50       176.00
```