# EXHIBIT 8



**Jaffe**
JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital                                  June 26, 2013
Attn: Neal Cohen
708 Third Avenue, 31st Floor
New York, NY 10017                            Invoice No. 351165

---

RE: LSI

FOR LEGAL SERVICES RENDERED THROUGH 06/17/13
AS ITEMIZED ON THE ATTACHED REPORT

| | | |
|---|---|---|
| TOTAL ATTORNEY FEES: | $ | 80,311.50 |
| COURTESY DISCOUNT (10%): | | ( 8,031.15) |
| TOTAL DISBURSEMENTS: | $ | 963.10 |
| TOTAL AMOUNT DUE: | $ | 73,243.45 |

FED. TAX I.D. 38-1915036    TERMS: NET 30 DAYS

{2B}

JAFFE019120

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|---|
| 04/04/13 | JMW | CALL RE NEW DEAL; REVIEW OF LOI AND ANCILLARY ISSUES | .90 | 351.00 |
| 04/05/13 | JMW | CALL WITH DARREN AND NEAL; REVIEW OF PENSION ISSUES | .70 | 273.00 |
| 04/10/13 | DLB | REVIEW INITIAL TRANSACTION DOCUMENTS | .60 | 186.00 |
| 04/11/13 | JMW | REVIEW AND REVISION OF LOI; CALLS WITH OPPOSING COUNSEL; CALL WIT COBE CAPITAL | 1.60 | 624.00 |
| 04/11/13 | LBK | ATTENTION TO LOI; ATTENTION TO WITHDRAWAL LIABILITY AND STRUCTURAL MATTERS; CONFERENCE CALL RE: LOI AND STRUCTURAL MATTERS; | 1.20 | 408.00 |
| 04/11/13 | DLB | RESPOND TO QUESTIONS REGARDING WITHDRAWAL LIABILITY IN AN ASSET SALE. | .60 | 186.00 |
| 04/15/13 | JMW | CALLS RE LOI; REVISION OF SAME | 1.00 | 390.00 |
| 04/15/13 | LBK | REVIEWED FINAL LOI; ATTENTION TO STRUCTURE MATTERS; | .50 | 170.00 |
| 04/16/13 | LBK | ATTENTION TO DILIGENCE MATTERS; | 1.00 | 340.00 |
| 04/16/13 | MJB | DISCUSSION WITH J. WEISS RE: PROPOSED TRANSACTION; REVIEW LETTER OF INTENT FOR SUCH TRANSACTION. | .30 | 112.50 |
| 04/16/13 | ATH | MET WITH L. KELLERT TO DISCUSS TRANSACTION. COMPILED DUE DILIGENCE BINDERS.  READ, REVIEWED AND ANALYZED LETTER OF INTENT. | 2.00 | 350.00 |
| 04/17/13 | JMW | DILIGENCE REVIEW | 1.20 | 468.00 |
| 04/17/13 | LBK | REVIEWED AND REVISED STOCK PURCHASE AGREEMENT; ATTENTION TO DILIGENCE MATTERS; | 1.80 | 612.00 |
| 04/17/13 | ATH | COMPILED DUE DILIGENCE BINDERS.  MET WITH L. KELLERT TO DISCUSS TRANSACTION AND ASSIGN TASKS. REVIEWED DILIGENCE MATERIALS. | 2.00 | 350.00 |
| 04/18/13 | JMW | DILIGENCE REVIEW; CALLS WITH CLIENT | 1.50 | 585.00 |
| 04/18/13 | LBK | CONTINUED REVIEW OF PURCHASE AGREEMENT; ATTENTION TO DILIGENCE MATTERS; | 1.00 | 340.00 |
| 04/18/13 | MJB | DISCUSSION WITH J. WEISS AND L. KELLERT RE: TRANSACTION; REVIEW DUE DILIGENCE INFORMATION. | .60 | 225.00 |

JAFFE019121

04/19/13 ATH UPDATED DUE DILIGENCE FILES. READ, REVIEWED AND  1.10   192.50
             ANALYZED DOCUMENTS PROVIDED BY LSI AS PART OF
             DUE DILIGENCE.

04/22/13 JMW REVIEW AND REVISION OF SELLER NOTE               1.80   702.00

04/22/13 DLB EMPLOYEE BENEFITS DUE DILIGENCE                  3.70  1147.00

04/23/13 AHS REVIEW ENVIORNMENTAL REPORTS AND PROVIDE         2.70  1012.50
             DIRECTION RE ENVIRONMENTAL DUE DILIGENCE STILL
             NEEDED

04/23/13 JJP REVIEW COMPANY HANDBOOK AND AMENDMENT TO         1.90   712.50
             HANDBOOK. OFFICE CONFERENCE WITH ANDREW HAYNER
             RE SAME.

04/24/13 JMW DILIGENCE REVIEW; CALLS RE DEAL                  2.00   780.00

04/24/13 LBK ATTENTION TO DILIGENCE MATTERS;                   .70   238.00

04/24/13 DLB ATTENTION TO 409A ACCELERATION OF GRANDFATHERED  1.80   558.00
             DEFERRED COMPENSATION AGREEMENTS, AT DISCOUNT

04/24/13 MJB DISCUSSION WITH L. KELLERT RE: LSI DEFERRED      1.90   712.50
             COMPENSATION ARRANGEMENTS; REVIEW SUCH
             ARRANGEMENTS AND CONSIDER POTENTIAL 409A ISSUES
             ASSOCIATED THEREWITH; DISCUSSION WITH D.
             BAUGHMAN RE: SUCH ISSUES.

04/24/13 ATH REVIEWED DILIGENCE MATERIALS;  RESEARCHED        3.00   525.00
             ISSUES; DRAFTED DILIGENCE SUMMARIES CONCERNING
             EMPLOYEE CONTRACTS AND LEASED REAL PROPERTY.

04/24/13 SRM ATTENTION TO ENTITY REVIEW AND SEARCH REQUEST;   .50    80.00

04/25/13 JMW DILIGENCE REVIEW; REVIEW AND REVISION OF         1.80   702.00
             PURCHASE AGREEMENT

04/25/13 LBK ATTENTION TO DILIGENCE MATTERS; CONFERENCE CALL  1.00   340.00
             RE: SAME;

04/25/13 JJP REVIEW COLLECTIVE BARGIANING AGREEMENT. PREPARE  2.00   750.00
             DRAFT OF MEMORANDUM RE SAME.

04/25/13 ATH DRAFTED DILIGENCE SUMMARIES CONCERNING EMPLOYEE  1.00   175.00
             CONTRACTS AND LEASED REAL PROPERTY.  RESEARCHED
             ISSUES

04/26/13 JJP COMPLETE REVIEW OF COLLECTIVE BARGAINING         1.90   712.50
             AGREEMENT. DRAFT, AMEND AND FINALIZE MEMORANDUM
             TO CLIENT RE SAME.

04/29/13 JMW DILIGENCE CALL RE EMPLOYEE MATTERS; ATTENTION    1.20   468.00
             TO SAME

JAFFE019122

05/02/13 JMW CALLS WITH DARREN AND NEAL                    .80    332.00

05/02/13 MJB DISCUSSION WITH J. WEISS RE: TRANSACTION       .40    156.00
             STRUCTURE AND DILIGENCE INFORMATION; DISCUSSION
             WITH A. HAYNER RE: DILIGENCE INFORMATION.

05/02/13 CJM REVIEW AND ANALYSIS TERM SHEET; REVIEW AND    8.80   2596.00
             ANALYSIS STOCK PURCHASE AGREEMENT; PREPARATION
             OF REVISIONS TO STOCK PURCHASE AGREEMENT

05/02/13 ATH UPDATED DILIGENCE FOLDERS TO REFLECT RECEIPT OF .40     76.00
             ADDITIONAL DOCUMENTS.

05/03/13 JMW CALLS RE DEAL; REVIEW AND REVISION OF STOCK    1.50    622.50
             PURCHASE AGREEMENT

05/03/13 LBK REVIEWED REVISED DRAFT OF SPA;                 .70    252.00

05/03/13 MJB REVIEW STOCK PURCHASE AGREEMENT AND PROVIDE    4.10   1599.00
             COMMENTS THERETO, INCLUDING REVISIONS OF TAX
             PROVISIONS.

05/03/13 CJM PREPARATION OF REVISIONS TO ASSET PURCHASE     3.00    885.00
             AGREEMENT; FACILITATION OF TAX AND BENEFITS
             REVIEW

05/06/13 LBK ATTENTION TO DILIGENCE MATTERS; REVISED STOCK  1.50    540.00
             PURCHASE AGREEMENT;

05/06/13 DLB EMPLOYEE BENEFITS DUE DILIGENCE, REVIEW OF     1.00    320.00
             BENEFITS REP/WARR IN STOCK PURCHASE AGREEMENT

05/06/13 CJM REVIEW AND ANALYSIS OPEN CLOSING MATTERS;      .70    206.50
             PREPARATION OF CLOSING CHECKLIST

05/07/13 JMW CALLS WITH DARREN AND NEAL; REVIEW OF ISSUES   .80    332.00

05/07/13 LBK REVISED STOCK PURCHASE AGREEMENT; TELEPHONE    .60    216.00
             CONFERENCE WITH DARREN CHAFEE;

05/07/13 MJB DISCUSSION WITH J. WEISS RE: TAX DISTRIBUTION  .10     39.00
             LANGUAGE IN CREDIT AGREEMENT.

05/08/13 LBK ATTENTION TO DILIGENCE MATTERS;               .70    252.00

05/08/13 DLB EMPLOYEE BENEFITS DUE DILIGENCE - SELF-FUNDED  .60    192.00
             WELFARE PLAN, PROVIDE ALLOCATION OF CLAIMS
             EXPERIENCE IN STOCK PURCHASE AGREEMENT

05/08/13 MJB REVIEW TAX BASIS INFORMATION; DRAFT E-MAIL RE: .30    117.00
             STRUCTURE BASED ON SUCH INFORMATION.

05/09/13 JMW CALLS RE DEAL; REVIEW OF CREDIT AGREEMENT     1.40    581.00

JAFFE019123

05/09/13 LBK ATTENTION TO DILIGENCE MATTERS; CONFERENCE CALL  3.80  1368.00
             RE: STATUS; TELEPHONE CONFERENCE WITH DARREN
             CHAFFEE RE: TAB BANK; DRAFTED TRANSITION
             SERVICES AGREEMENT; DRAFTED MANAGEMENT
             AGREEMENT;

05/10/13 LBK ATTENTION TO DILIGENCE MATTERS; REVIEWED AND     3.50  1260.00
             REVISED GENERAL INDEMNITY AGREEMENT; REVIEWED
             LOAN AGREEMENT; ATTENTION TO MATTERS RE: LOAN
             AGREEMENT; ATTENTION TO OPEN ITEMS; REVIEWED
             LOAN AGREEMENT CLOSING CHECKLIST; IDENTIFIED
             ISSUES RE: SAME;

05/13/13 JMW REVIEW AND REVISION OF CREDIT AGREEMENT AND      1.90   788.50
             TRANSACTION DOCUMENTS; NUMEROUS CALLS

05/13/13 LBK ATTENTION TO SURETY/GENERAL INDEMNITY             .70   252.00
             AGREEMENT; EMAIL CORRESPONDENCE RE: SAME;
             ATTENTION TO OPEN ITEMS;

05/14/13 JMW STATUS CALL; ATTENTION TO DEAL AND REVISION OF   1.40   581.00
             DOCUMENTS

05/14/13 LBK ATTENTION TO OPEN ITEMS; ATTENDED CONFERENCE     1.00   360.00
             CALL RE: SAME; REVIEWED REVISED DRAFT OF SPA;

05/14/13 DLB REFRESH MEMORY REGARDING 409A ISSUES FOR          .50   160.00
             CONFERENCE CALL REGARDING SAME

05/15/13 JMW REVISION OF CREDIT AGREEMENT; CALLS WITH DARREN  1.00   415.00

05/15/13 LBK REVIEWED REVISED DRAFT OF SPA; ATTENTION TO      3.70  1332.00
             CREDIT AGREEMENT RELATED MATTERS; ATTENTION TO
             OPEN ITEMS; REVIEWED REVISED DRAFT OF NOTE AND
             PLEDGE AGREEMENT;

05/15/13 MJB REVIEW INSURANCE ARRANGEMENT; REVIEW TAX         1.10   429.00
             CONSEQUENCES FROM SALES OR SURRENDERS OF
             INSURANCE POLICIES; DISCUSSION WITH L. KELLERT
             RE: SAME; E-MAIL CORRESPONDENCE RE: DEFERRED
             COMPENSATION PLAN.

05/16/13 JMW REVISION OF PURCHASE AGREEMENT; CALLS WITH LSI   5.70  2365.50
             AND COBE RE DEAL; REVISION OF TAB CREDIT
             AGREEMENT AND ATTENTION TO RELATED ISSUES

05/16/13 LBK ATTENDED CONFERENCE CALL RE: BENEFITS MATTERS;   4.80  1728.00
             ATTENDED CONFERENCE CALL RE: TRANSITION
             MATTERS; REVISED TSA; CONFERENCE WITH DARREN
             CHAFFEE RE: DEAL POINTS, TRANSITION SERVICES
             AND STOCK PURCHASE AGREEMENT; ATTENTION TO
             CREDIT RELATED MATTERS; EMAIL CORRESPONDENCE
             RE: SAME; REVISED STOCK PURCHASE AGREEMENT;

JAFFE019124

05/16/13 DLB DISCUSSION REGARDING 409A ISSUES RELATED TO        .20    64.00
             ACCELERATING DEFERRED COMP

05/16/13 DLB TELEPHONE CONFERENCE WITH OPPOSING COUNSEL         .20    64.00
             REGARDING ACCELERATING NONQUALIFIED DEFERRED
             COMP PAYMENTS

05/16/13 DLB RESPOND TO COBRA CONTINUATION COVERAGE             .80   256.00
             QUESTIONS WITH RESPECT TO EXISTING M&A
             QUALIFIED BENEFICIARIES AND THOSE EMPLOYEES
             CONTINUING IN THE EMPLOYMENT OF COMPANY

05/16/13 MJB DISCUSSION WITH D. BAUGHMAN RE: TAX ISSUES         .60   234.00
             ASSOCIATED WITH TERMINATING DEFERRED
             COMPENSATION PLAN; CONFERENCE CALL WITH M.
             BREMER, B. DE MALIGNON, L. KELLERT AND D.
             BAUGHMAN RE: SAME.

05/17/13 AHS REVIEW AND COMMENT ON AGREEMENT'S ENVIRONMENTAL    .80   320.00
             PROVISIONS

05/17/13 JMW REVISION OF CREDIT AGREEMENT; CALLS WITH TAB      2.50  1037.50
             COUNSEL; CALLS WITH COBE

05/17/13 LBK REVISED STOCK PURCHASE AGREEMENT; ATTENTION TO    4.50  1620.00
             CREDIT AGREEMENT RELATED MATTERS; EMAIL
             CORRESPONDENCE RE: SAME; REVIEWED AND REVISED
             DISCLOSURE SCHEDULES; CONFERENCE CALL RE:
             CREDIT AGREEMENT/UCC ISSUES;

05/17/13 DLB REVIEW EMPLOYEE BENEFITS PROVISIONS IN LOAN AND    .90   288.00
             SECURITY AGREEMENT

05/17/13 MJB DISCUSSION WITH J. WEISS AND L. KELLERT RE:        .30   117.00
             TRANSACTION STRUCTURE AND STOCK PURCHASE
             AGREEMENT.

05/17/13 ATH READ, REVIEWED AND ANALYZED DISCLOSURE           1.40   266.00
             SCHEDULES PREPARED BY SELLER. COMPARED
             DISCLOSURE SCHEDULES WITH THE INFORMATION
             PROVIDED IN THE ELECTRONIC DATA SITE. MADE
             COMMENTS/CHANGES TO THE DISCLOSURE SCHEDULES
             BASED ON THE INFORMATION PROVIDED IN THE
             ELECTRONIC DATA ROOM.

05/18/13 LBK EMAIL CORRESPONDENCE; REVISED SPA;               1.50   540.00

05/19/13 LBK CONFERENCE CALL WITH TRAVIS SHEETS AND MAX         .70   252.00
             BREMMER RE: SPA;

JAFFE019125

05/19/13 ATH READ, REVIEWED AND ANALYZED DISCLOSURE        2.00   380.00
             SCHEDULES PREPARED BY BUYER. COMPARED
             DISCLOSURE SCHEDULES WITH THE INFORMATION
             PROVIDED IN THE ELECTRONIC DATA SITE. MADE
             COMMENTS/CHANGES TO THE DISCLOSURE SCHEDULES
             BASED ON THE INFORMATION PROVIDED IN THE
             ELECTRONIC DATA ROOM.

05/20/13 JMW REVISION OF PURCHASE AGREEMENT; REVIEW AND     3.70  1535.50
             REVISION OF LOAN DOCUMENTS; NUMEROUS CALLS RE
             DEAL

05/20/13 LBK ATTENTION TO OPEN ITEMS RE: CLOSING; EMAIL     7.20  2592.00
             CORRESPONDENCE RE: SAME; REVIEWED LOAN
             DOCUMENTS; ATTENTION TO TAX MATTERS; ATTENTION
             TO DISCLOSURE SCHEDULES; MULTIPLE CONFERENCE
             CALLS RE: OPEN ITEMS; WORKED ON TRANSACTION;
             REVISED MANAGEMENT AGREEMENT; REVIEWED REVISED
             DRAFT OF SPA; EMAIL CORRESPONDENCE WITH TRAVIS
             SHEETS RE: OPEN ITEMS AND OTHER RELATED
             MATTERS;

05/20/13 MJB MEETING WITH J. WEISS AND L. KELLERT RE:       2.60  1014.00
             TRANSACTION STRUCTURE; ADDRESS TAX ISSUES
             ASSOCIATED WITH SUCH STRUCTURE AND CONSIDER
             ALTERNATIVES.

05/20/13 ATH READ, REVIEWED AND ANALYZED DISCLOSURE        2.00   380.00
             SCHEDULES PREPARED BY BUYER. COMPARED
             DISCLOSURE SCHEDULES WITH THE INFORMATION
             PROVIDED IN THE ELECTRONIC DATA SITE. MADE
             COMMENTS/CHANGES TO THE DISCLOSURE SCHEDULES
             BASED ON THE INFORMATION PROVIDED IN THE
             ELECTRONIC DATA ROOM.

05/20/13 SRM ATTENTION TO FORMATION OF LSI OF AMERICA        .80   132.00
             HOLDINGS LLC; RECEIPT AND REVIEW OF FILED
             DOCUMENTS; DOCUMENTS FORWARDED TO ATTORNEY
             KELLERT; ENTITY BOOK ESTABLISHED;

05/21/13 WES CONFERENCE WITH MARKO BELEJ RE: STRUCTURING ON  .50   217.50
             ACQUISITION

05/21/13 AHS REVIEW AGREEMENT LANGUAGE AND COMMENT ON SAME; 1.70   680.00
             REVIEW PHASE I AND COMMENT ON SAME

05/21/13 JMW REVIEW AND REVISION OF CREDIT AGREEMENT AND    6.10  2531.50
             ANCILLARY DOCUMENTS; REVISION OF SELLER NOTE
             AND PLEDGE; NUMEROUS CALLS RE DEAL; REVISION OF
             STOCK PURCHASE AGREEMENT

JAFFE019126

05/21/13 LBK WORKED ON TRANSACTION; ATTENTION TO OPEN ITEMS;  9.50  3420.00
             REVISED SPA; MULTIPLE CONFERENCE CALLS RE: OPEN
             ITEMS ON SPA AND LOAN DOCUMENTS; REVIEWED
             REVISED DRAFTS OF LOAN DOCUMENTS AND SPA
             RELATED DOCUMENTS; REVISED MANAGEMENT
             AGREEMENT; REVIEWED AND REVISED MANAGEMENT FEE
             SUBORDINATION AGREEMENT; ATTENTION TO SCHEDULED
             TO SPA;

05/21/13 REK REVIEW LOAN DOCUMENTS AND ISSUES FOR OPINION;  3.20  1136.00
             DRAFT OPINION LETTER

05/21/13 DLB REVIEW REVISIONS TO EMPLOYEE BENEFITS          .30    96.00
             PROVISIONS SPA

05/21/13 MJB ATTENTION TO TRANSACTION STRUCTURE, INCLUDING  2.50   975.00
             RESEARCH OF NEW SECTION 336(E), DISCUSSION WITH
             B. SIDER RE: ALTERNATIVES AND DISCUSSION WITH
             L. KELLERT; REVIEW REVISED SELLER DRAFT OF THE
             STOCK PURCHASE AGREEMENT.

05/21/13 EM  BRIEF RESEARCH TO SUPPORT RECOMMENDATIONS AS TO  .70  234.50
             LIMITED PERIOD FOR REPS OFFERED BY SELLER AS TO
             IMMIGRATION LIABILITIES; PREPARE PRELIMINARY
             GUIDANCE TO L KELLERT.

05/21/13 ATH MADE COMMENTS/CHANGES TO THE DISCLOSURE        3.00   570.00
             SCHEDULES BASED ON THE INFORMATION PROVIDED IN
             THE ELECTRONIC DATA ROOM, CLIENT'S COMMENTS AND
             L. KELLERT'S COMMENTS. MET L. KELLERT TO REVIEW
             FINAL COMMENTS TO DISCLOSURE SCHEDULES. SENT
             DISCLOUSRE SCHEDULES WITH COMMENTS TO SELLER
             FOR REVIEW. DRAFTED BANKING RESOLUTIONS FOR
             CLIENT. SENT TO L. KELLERT FOR REVIEW.

05/21/13 SRM DOCUMENT ORDERS PLACED IN MN AND ND; DOCUMENTS  .50   82.50
             RECEIVED AND FORWARDED;

05/22/13 JMW CALLS RE DEAL; REVISION OF TRANSACTION         3.60  1494.00
             DOCUMENTS; ATTENTION TO CREDIT FACILITY;
             REVISION OF LLC AGREEMENT

05/22/13 LBK WORKED ON TRANSACTION; ATTENTION TO OPEN ITEMS;  6.50  2340.00
             REVISED TRANSACTION DOCUMENTS; MULTIPLE
             CONFERENCE CALLS RE: OPEN ITEMS AND TRANSACTION
             DOCUMENTS;

05/22/13 REK DUE DILIGENCE FOR OPINION; REVIEW STATUTES     3.20  1136.00
             RELATIVE TO SAME; REVIEW AND REVISE OPINION;
             PREPARE CERTIFICATE OF FACT

JAFFE019127

05/22/13 MJB PREPARE OPERATING AGREEMENT OF LSI OF AMERICA   2.10   819.00
             HOLDINGS LLC; DISCUSSION WITH L. KELLERT RE:
             SECTION 338(H)(10) ELECTION PROVISIONS FOR
             STOCK PURCHASE AGREEMENT.

05/22/13 EM  DELVE FURTHER INTO PURCHASE AGREEMENT            .90   301.50
             PROVISIONS RECOMMENDING FOR INCLUSION; ASSEMBLE
             PROPOSED TEXT FOR ASSUMPTION AND DECLINATION OF
             LIABILITY AS SUCCESSOR FOR IMMIGRATION
             PURPOSES; PHONE TO L KELLERT.

05/23/13 JMW REVISION OF NOTE AND PLEDGE AGREEMENT; CALLS RE 4.10  1701.50
             DEAL; REVIEW AND REVISION OF SPA

05/23/13 LBK DRAFTED/REVISED AUTHORIZING RESOLUTIONS;        7.50  2700.00
             DRAFTED AMENDED AND RESTATED BYLAWS FOR LSI;
             REVISED TRANSITION SERVICES AGREEMENT; REVISED
             STOCK PURCHASE AGREEMENT; REVIEWED REVISED
             DRAFT OF SCHEDULES; ATTENTION TO OPEN ITEMS;
             MULTIPLE CONFERENCE CALLS RE: SAME; PREPARED
             FOR CLOSING;

05/23/13 REK REVIEW OPTIONS RELATIVE TO FINANCING; REVIEW     .90   319.50
             AND REVISE NOTE AND SECURITY AGREEMENT

05/23/13 DLB RESPOND TO ISSUES REGARDING COBRA CONTINUATION  1.00   320.00
             COVERAGE

05/23/13 MJB REVIEW SECTION 338(H)(10) PROVISION FOR STOCK    .90   351.00
             PURCHASE AGREEMENT; PREPARE COROLLARY
             PROVISIONS THERETO.

05/23/13 BRY PREPARE AND SUBMIT CERTIFICATE OF FORMATION OF   .30    49.50
             CHACO LENDER LLC, PER J. WEISS.

05/24/13 JMW ATTENTION TO CREDIT FACILITY ISSUES; CALLS RE   2.40   996.00
             DEAL AND ISSUES

05/24/13 BRY R/R FILED CERTIFICATE OF FORMATION OF CHACO      .20    33.00
             LENDER LLC.

05/28/13 JMW CALL WITH NEAL AND DARREN RE LABOR BENEFITS AND  .50   207.50
             ISSUES; ATTENTION TO SAME

05/28/13 LBK ATTENTION TO COLLECTIVE BARGAINING/UNION        1.20   432.00
             MATTERS; ATTENTION TO INSURANCE MATTERS;
             CONFERENCE CALL RE: SAME AND STATUS UPDATE;

05/28/13 JJP OFFICE CONFERENCE WITH LEE KELLERT AND JEFF     1.00   400.00
             WIESS RE DUTY TO BARGAIN RE HEALTH BENEFITS.
             REVIEW CBA. PREPARE MEMO RE LAW.

05/29/13 JMW CALL WITH NEAL AND DARREN RE ISSUES; CALLS WITH  .40   166.00
             LSG

JAFFE019128

05/29/13 LBK ATTENTION TO LABOR/BENEFITS ISSUES; CONFERENCE   .90    324.00
             CALL RE: SAME;

05/31/13 JMW CALL WITH COBE PRINCIPALS AND LSG RE INSURANCE  1.00    415.00
             STRATEGY; FOLLOW UP WITH DARREN RE UNION ISSUES

05/31/13 LBK ATTENTION TO OPEN ITEMS/STATUS;                  .30    108.00

06/04/13 JMW CONFERENCE CALL RE DEAL                          .50    207.50

06/06/13 JMW ATTENTION TO LIABILITY ISSUES; REVISION OF SPA   .70    290.50

06/06/13 LBK TELEPHONE CONFERENCE WITH DARREN CHAFFEE;        .50    180.00
             REVIEWED REVISED PROPOSALS;

06/12/13 JMW CALLS WITH DARREN AND NEAL                       .60    249.00

06/13/13 JMW CALLS WITH COBE AND TRAVIS; REVISION OF STOCK   3.00   1245.00
             PURCHASE AGREEMENT; REVIEW OF REVISED SIDE
             LETTER; ATTENTION TO CLOSING

06/13/13 LBK REVIEWED REVISED DRAFT OF PURCHASE AGREEMENT;   2.50    900.00
             CONFERENCE CALL RE: SAME; REVIEWED REVISED
             DRAFT OF SIDE LETTER; REVIEWED REVISED DRAFT OF
             TSA; ATTENTION TO UNION STRATEGY;

06/13/13 DLB EMPLOYEE BENEFITS DUE DILIGENCE, REVIEW          .90    288.00
             PROPOSED CHANGES TO PURCHASE AGREEMENT

06/13/13 JJP OFFICE CONFERENCE WITH LEE KELLERT RE            .30    120.00
             COLLECTIVE BARGAINING AGREEMENT, MANAGEMENTS
             RIGHTS, AND POTENTIAL REMOVAL OF WORK

06/14/13 JMW REVISION OF TRANSACTION DOCUMENTS; CALLS WITH   1.50    622.50
             TRAVIS AND DARREN; ATTENTION TO TAX ISSUES

06/14/13 LBK ATTENTION TO OPEN ITEMS; REVIEWED REVISED        .50    180.00
             TRANSACTION DOCUMENTS;

06/14/13 JJP REVIEW COLLECTIVE BARGAINING AGREEMENT AND      1.90    760.00
             PREPARE MEMO TO LEE KELLERT AND CLIENT RE
             ABILITY TO MOVE SHOP AND OPEN NON UNION IN
             TENNESSEE.

06/14/13 MJB DISCUSSIONS WITH J. WEISS RE: REVISED PURCHASE  4.10   1599.00
             PRICE AND SECTION 338(H)(10) ELECTION; RESEARCH
             TAX ISSUES ASSOCIATED WITH SUCH REVISED PRICE
             AND ELECTION; DRAFT E-MAIL MEMORIALIZING SUCH
             RESEARCH.

06/17/13 JMW ATTENTION TO FINAL TAX ISSUES; ATTENTION TO    1.70    705.50
             CLOSING; NUMEROUS CALLS

JAFFE019129

06/17/13 MJB DISCUSSIONS WITH J. WEISS RE: SECTION          .70   273.00
             338(H)(10) ELECTION; REVIEW POTENTIAL
             APPLICATION OF ATTRIBUTE REDUCTION RULES.

06/18/13 JMW ATTENTION TO CLOSING DEAL; CALLS RE SAME       .60   249.00

06/18/13 MJB REVIEW POTENTIAL APPLICATION OF ATTRIBUTE     1.70   663.00
             REDUCTION RULES; REVIEW S CORP AND QSUB
             ELECTIONS AND PROVIDE COMMENTS THERETO.

             COURTESY DISCOUNT (10%):                          (8031.15)


             *************** DISBURSEMENTS ***************

04/18/13 COPY EXPENSE # 1                                          1.50
04/20/13 COPY EXPENSE # 2                                         12.75
04/23/13 COPY EXPENSE # 1                                          7.20
04/25/13 SERVICE FEES - - VENDOR: NRAI CORPORATE                517.00
             SERVICES
04/26/13 COPY EXPENSE # 2                                         15.30
04/29/13 COPY EXPENSE # 2                                          0.30
05/03/13 COPY EXPENSE # 1                                          5.40
05/03/13 COPY EXPENSE # 2                                         39.15
05/09/13 COPY EXPENSE # 2                                         45.45
05/19/13 COPY EXPENSE # 2                                         39.60
05/20/13 COPY EXPENSE # 2                                        190.20
05/22/13 COPY EXPENSE # 1                                          0.75
05/23/13 COPY EXPENSE # 2                                         87.45
06/14/13 COPY EXPENSE # 2                                          1.05


*--------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*   RATE   HOURS          FEES

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| WILLIAM E. SIDER | 391.50 | .50 | 195.75 |
| ARTHUR H. SIEGAL | 348.32 | 5.20 | 1811.25 |
| JEFFREY M. WEISS | 368.45 | 61.10 | 22512.60 |
| LEE B. KELLERT | 322.19 | 71.50 | 23036.40 |
| RICHARD E. KRUGER | 319.50 | 7.30 | 2332.35 |
| DEBORAH L. BAUGHMAN | 283.40 | 13.10 | 3712.50 |
| JAMES J PARKS | 345.50 | 9.00 | 3109.50 |
| MARKO J BELEJ | 349.44 | 24.30 | 8491.50 |
| ELI MAROKO | 301.50 | 1.60 | 482.40 |
| CHRISTOPHER J. MOCERI | 265.50 | 12.50 | 3318.75 |
| ANDREW T. HAYNER | 164.14 | 17.90 | 2938.05 |
| BRENDA R. YATES | 148.50 | .50 | 74.25 |
| SUSAN R. MCMASTER | 147.25 | 1.80 | 265.05 |
| TOTALS | | 226.30 | 72280.35 |

JAFFE019130



**Jaffe**
JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital
Attn: Neal Cohen
708 Third Avenue, 31st Floor
New York, NY 10017

August 23, 2013

Invoice No. 353504

---

RE: LSI

FOR LEGAL SERVICES RENDERED THROUGH 07/31/13
AS ITEMIZED ON THE ATTACHED REPORT

| | | |
|---|---|---|
| TOTAL ATTORNEY FEES: | $ | 3,193.00 |
| TOTAL DISBURSEMENTS: | $ | 1,617.86 |
| TOTAL AMOUNT DUE: | $ | 4,810.86 |

FED. TAX I.D. 38-1915036    TERMS: NET 30 DAYS

{2B}

SOUTHFIELD • DETROIT • ANN ARBOR • NAPLES

JAFFE019131

DATE   ATTY    SERVICE DESCRIPTION                     HOURS

06/14/13 SRM ATTENTION TO FOLLOW-UP ON EIN FOR LSI ENTITY;    .30    49.50
             COMMUNICATIONS RELATING TO SAME;

06/17/13 LBK ATTENTION TO OPEN ITEMS; ATTENTION TO CLOSING   1.80   648.00
             MATTERS; REVISED TSA; EMAIL CORRESPONDENCE RE:
             SAME; ATTENDED CLOSING CALL; COMPILED SIGNATURE
             PAGES;

06/17/13 SRM EIN OBTAINED FOR LSI OF AMERICA HOLDINGS LLC; S   .80   132.00
             ELECTION PREPARED AND FORWARDED FOR ATTORNEY
             REVIEW;

06/18/13 ATH OBTAINED THE EIN AND ADDRESS OF LSI CORPORATION   .30    57.00
             OF AMERICA AND SENT TO M. BELEJ FOR HIS USE IN
             COMPLETING TAX-RELATED DOCUMENTS.

06/18/13 SRM ATTENTION TO UPDATES ON S ELECTION DOCUMENT; Q    .70   115.50
             SUB PREPARED; COMMUNICATIONS RELATING TO SAME;

06/19/13 LBK PREPARED CLOSING BOOK; ATTENTION TO POST        1.50   540.00
             CLOSING MATTERS;

06/20/13 NAO RESEARCHED WHETHER A MINNESOTA HOLDING COMPANY    .70    84.00
             NEEDS TO PURCHASE UNEMPLOYMENT INSURANCE.

07/01/13 LBK ATTENTION TO POST-CLOSING MATTERS;               .30   108.00

07/01/13 MJB ASSIST S. MCMASTER IN COMPLETING FORMS 2553 AND   .40   156.00
             8869; DISCUSSION WITH J. WEISS RE: SUCH FORMS.

07/01/13 SRM ATTENTION TO FOLLOW-UP ON Q SUB DOCUMENT;         .50    82.50
             UPDATES MADE, DOCUMENT FORWARDED TO ATTORNEY
             GROUP FOR CLIENT SIGNATURE;

07/02/13 MJB FINALIZE S CORP AND Q SUB ELECTIONS.             .20    78.00

07/02/13 SRM ATTENTION TO FOLLOW-UP ON DOCUMENTS; DOCUMENTS    .30    49.50
             FORWARDED FOR SIGNATURE; REQUEST FOR INVOICES;
             REQUEST FOR ORIGINAL TITLES;

07/12/13 PA  REVIEW EXECUTIVE EMPLOYMENT AGREEMENT,          1.90   570.00
             AMENDMENT AND ASSIGNMENT OF EXECUTIVE
             EMPLOYMENT AGREEMENT, ASSIGNMENT OF EXECUTIVE
             EMPLOYMENT AGREEMENT, AND CORPORATE TRANSACTION
             SEVERANCE BENEFITS AGREEMENT; REQUEST FOR
             ADDITIONAL INFORMATION; PREPARE INITIAL DRAFT
             OF SEVERANCE AND RELEASE AGREEMENT.  REVIEW THE
             RELEASE AND BONUS AGREEMENT.  REVISE AND EDIT
             SEVERANCE AND RELEASE AGREEMENT.

JAFFE019132

07/15/13 JMW CALLS WITH DARREN RE POST CLOSING ISSUES;      .70   290.50
             REVISION OF BOWMAN SEPARATION AGREEMENT

07/15/13 MJB REVIEW SIGNED IRS ELECTION FORMS AND ASSIST S.  .30   117.00
             MCMASTER IN FILING SUCH FORMS.

07/16/13 SRM ATTENTION TO SUBMISSION OF Q SUB DOCUMENTS WITH .40    66.00
             IRS ON UT AND S ELECTION DOCUMENTS IN OH;
             COMMUNICATIONS RELATING TO SAME;

07/24/13 SRM ATTENTION TO FOLLOW-UP ON EXECUTION COPY OF     .30    49.50
             OPERATING AGREEMENT FOR HOLDINGS ENTITY;


             *************** DISBURSEMENTS ***************

05/22/13 WESTLAW CHARGES -  MAY 2013                         163.89
05/24/13 SERVICE FEES - - VENDOR: NRAI CORPORATE            505.00
         SERVICES
05/24/13 SERVICE FEES - - VENDOR: NRAI CORPORATE            131.00
         SERVICES
05/31/13 SERVICE FEES - - VENDOR: NRAI CORPORATE            594.00
         SERVICES
06/19/13 COPY EXPENSE # 2                                     9.00
07/01/13 COPY EXPENSE # 2                                     1.05
07/12/13 COPY EXPENSE # 2                                     3.15
07/16/13 COPY EXPENSE # 1                                   192.30
07/16/13 POSTAGE EXPENSE                                     12.62
07/16/13 COPY EXPENSE # 2                                     1.35
07/23/13 COPY EXPENSE # 2                                     4.50


*------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*    RATE   HOURS         FEES
JEFFREY M. WEISS                 415.00    .70       290.50
PATRICE S. AREND                 300.00   1.90       570.00
LEE B. KELLERT                   360.00   3.60      1296.00
MARKO J BELEJ                    390.00    .90       351.00
ANDREW T. HAYNER                 190.00    .30        57.00
NATALIE A. O'KEEFE               120.00    .70        84.00
SUSAN R. MCMASTER                165.00   3.30       544.50
                      TOTALS             11.40      3193.00

JAFFE019133



**Jaffe**

JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital                          September 18, 2013
Attn: Neal Cohen
708 Third Avenue, 31st Floor
New York, NY  10017                   Invoice No. 354712

FOR LEGAL SERVICES RENDERED THROUGH 08/31/13
AS ITEMIZED ON THE ATTACHED REPORT

RE: LSI

| | | |
|---|---|---|
| FEES: | | 1,282.50 |
| DISBURSEMENTS: | | 1.80 |
| TOTAL DUE THIS INVOICE: | $ | 1,284.30 |
| LESS RETAINER APPLIED: | | (1,284.30) |
| BALANCE DUE: | $ | - 0 - |

BALANCE OF RETAINER: $ 3,904.84

FED. TAX I.D. 38-1915036  TERMS:  NET 30 DAYS

{R1}

JAFFE019134

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|--|
| 08/05/13 | DLB | RESPOND TO QUESTIONS REGARDING PRIVATE EQUITY FUND INVESTMENTS AND POSSIBLE WITHDRAWAL LIABILITY | .40 | 128.00 |
| 08/19/13 | JMW | CALL WITH DARREN RE ISSUES | .20 | 83.00 |
| 08/19/13 | DLB | RESEARCH AND RESPOND TO QUESTIONS REGARDING PRIVATE EQUITY FIRM'S LIABILITY FOR PORTFOLIO COMPANY'S MULTIEMPLOYER WITHDRAWAL LIABILITY | 1.40 | 448.00 |
| 08/22/13 | JMW | CALL WITH DARREN RE ERISA ISSUES AND POST CLOSING MATTERS | .50 | 207.50 |
| 08/22/13 | DLB | RESPOND TO QUESTIONS REGARDING STRUCTURE OF COBE AND LSI GROUPS OF COMPANIES AS IT RELATES TO POSSIBLE CONTROLLED GROUP LIABILITY | 1.30 | 416.00 |

************** DISBURSEMENTS ***************

| 08/14/13 COPY EXPENSE # 2 | 1.80 |
|---|---|

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*---------TIMEKEEPER---------*   RATE   HOURS          FEES
JEFFREY M. WEISS                415.00    .70        290.50
DEBORAH L. BAUGHMAN             320.00   3.10        992.00
                        TOTALS           3.80       1282.50
```

2590823.1

JAFFE019135



**Jaffe**
JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital                                    October 23, 2013
Attn: Neal Cohen
708 Third Avenue, 31st Floor
New York, NY  10017                             Invoice No. 356177

---

FOR LEGAL SERVICES RENDERED THROUGH 09/30/13
AS ITEMIZED ON THE ATTACHED REPORT

RE: LSI

|  |  |  |
|---|---|---|
| FEES: | | 1,126.50 |
| DISBURSEMENTS: | | 2.25 |
| TOTAL DUE THIS INVOICE: | $ | 1,128.75 |
| LESS RETAINER APPLIED: | | (1,128.75) |
| BALANCE DUE: | $ | - 0 - |

BALANCE OF RETAINER: $ 2,776.09

FED. TAX I.D. 38-1915036   TERMS:  NET 30 DAYS

{R1}

JAFFE019136

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|---|---|---|---|---|
| 09/04/13 | LBK | ATTENTION TO TAX MATTERS; | .50 | 180.00 |
| 09/04/13 | MJB | REVIEW IRS CORRESPONDENCE RE: QSUB ELECTION; DISCUSSION WITH S. MCMASTER RE: SAME. | .20 | 78.00 |
| 09/04/13 | SRM | RECEIPT AND REVIEW OF IRS COMMUNICATIONS RELATING TO QSUB AND S ELECTION; FOLLOW-UP WITH ATTORNEY GROUP REGARDING SAME; | .30 | 49.50 |
| 09/05/13 | MJB | CALL IRS RE: QSUB RETURN; PREPARE LETTER TO IRS RE: SUCH RETURN. | .30 | 117.00 |
| 09/06/13 | JMW | REVIEW AND REVISION OF LOAN DOCUMENTS; CALLS WITH DARREN | .90 | 373.50 |
| 09/06/13 | MJB | PREPARE LETTER TO IRS RE: QSUB ELECTION; FAX SAME TO IRS. | .40 | 156.00 |
| 09/06/13 | SRM | RECEIPT AND REVIEW OF UPDATED COMMUNICATIONS RELATING TO LSI; | .10 | 16.50 |
| 09/23/13 | MJB | LEAVE VOICE-MAIL MESSAGE FOR IRS RE: QSUB ELECTION. | .10 | 39.00 |
| 09/25/13 | MJB | TELEPHONE CALL WITH IRS AGENT RE: QSUB ELECTION. | .30 | 117.00 |

************** DISBURSEMENTS **************

| 09/06/13 | COPY EXPENSE # 1 | 0.30 |
| 09/06/13 | COPY EXPENSE # 2 | 0.45 |
| 09/06/13 | FAX CHARGES | 1.20 |
| 09/25/13 | COPY EXPENSE # 2 | 0.30 |

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*   RATE   HOURS          FEES
JEFFREY M. WEISS                 415.00    .90        373.50
LEE B. KELLERT                   360.00    .50        180.00
MARKO J BELEJ                    390.00   1.30        507.00
SUSAN R. MCMASTER                165.00    .40         66.00
                        TOTALS            3.10       1126.50
```

2617370.1

JAFFE019137



**JAFFE RAITT HEUER & WEISS**
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital                              November 26, 2013
Attn: Neal Cohen
708 Third Avenue, 31st Floor
New York, NY  10017                       Invoice No. 357606

---

FOR LEGAL SERVICES RENDERED THROUGH 10/31/13
AS ITEMIZED ON THE ATTACHED REPORT

RE: LSI

|  |  |  |
|---|---|---|
| FEES: | | 863.00 |
| DISBURSEMENTS: | | .00 |
| TOTAL DUE THIS INVOICE: | $ | 863.00 |
| LESS RETAINER APPLIED: | | (863.00) |
| BALANCE DUE: | $ | 0.00 |

BALANCE OF RETAINER: $ 1,913.09

FED. TAX I.D. 38-1915036   TERMS:  NET 30 DAYS

{R1}

2644975.1

ANN ARBOR • DETROIT • JERUSALEM • NAPLES • SOUTHFIELD

JAFFE019138

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|--|
| 10/31/13 | JMW | CALLS WITH DARREN RE ADD ON OPPORTUNITIES; ATTENTION TO PENSION AND UNION ISSUES | 1.00 | 415.00 |
| 10/31/13 | DLB | ATTENTION TO STRUCTURING PURCHASE OF NEW COMPLEMENTARY ENTITIES TO AVOID ISSUES RELATED TO UNION OBLIGATIONS | 1.40 | 448.00 |

```
*-------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*    RATE   HOURS          FEES
JEFFREY M. WEISS                  415.00   1.00        415.00
DEBORAH L. BAUGHMAN               320.00   1.40        448.00
                        TOTALS             2.40        863.00
```

JAFFE019139



**Jaffe**
JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital
Attn: Neal Cohen
708 Third Avenue, 31st Floor
New York, NY 10017

December 16, 2013

Invoice No. 358566

FOR LEGAL SERVICES RENDERED THROUGH 11/30/13
AS ITEMIZED ON THE ATTACHED REPORT

RE: LSI

| | | |
|---|---|---|
| FEES: | | 360.00 |
| DISBURSEMENTS: | | 2.10 |
| TOTAL DUE THIS INVOICE: | $ | 362.10 |
| LESS RETAINER APPLIED: | | (362.10) |
| BALANCE DUE: | $ | .00 |

BALANCE OF RETAINER: $1,550.99

FED. TAX I.D. 38-1915036   TERMS:   NET 30 DAYS

{R1}

ANN ARBOR • DETROIT • JERUSALEM • NAPLES • SOUTHFIELD

JAFFE019140

DATE    ATTY    SERVICE DESCRIPTION                    HOURS

11/07/13 JJP REVIEW CBA RE EFFECT OF NEW PLANT ON EXISTING    .90   360.00
             PLANTS. PREPARE MEMO TO JEFF W RE SAME.


            ************** DISBURSEMENTS **************

11/22/13 COPY EXPENSE # 2                                      2.10


*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*   RATE   HOURS          FEES
JAMES J PARKS                    400.00    .90        360.00
                        TOTALS            .90        360.00

JAFFE019141



**Jaffe**

JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital
Attn: Neal Cohen
708 Third Avenue, 31st Floor
New York, NY  10017

April 15, 2014

Invoice No. 363410

FOR LEGAL SERVICES RENDERED THROUGH 03/31/14
AS ITEMIZED ON THE ATTACHED REPORT

RE: LSI

| | | |
|---|---|---|
| FEES: | | 16.50 |
| DISBURSEMENTS: | | 7.05 |
| TOTAL DUE THIS INVOICE: | $ | 23.55 |
| LESS RETAINER APPLIED: | | (23.25) |
| BALANCE DUE: | $ | 0.00 |

BALANCE OF RETAINER: $ 1,527.44

FED. TAX I.D. 38-1915036  TERMS:  NET 30 DAYS

{R1}

2757620.1

ANN ARBOR • DETROIT • NAPLES • PHILADELPHIA • SOUTHFIELD

JAFFE019142

DATE    ATTY    SERVICE DESCRIPTION                    HOURS

03/03/14 BRY R/R DE FRANCHISE TAX NOTICE FOR CHACO LENDER    .10    16.50
             LLC, EMAIL CORRESPONDENCE WITH J. WEISS
             REGARDING THE SAME.


             ************** DISBURSEMENTS **************

01/11/14 COPY EXPENSE # 2                                    6.60
01/30/14 COPY EXPENSE # 2                                    0.30
02/14/14 COPY EXPENSE # 2                                    0.15


    *-------------------------TIME AND FEE SUMMARY--------------------*
    *---------TIMEKEEPER---------*    RATE   HOURS          FEES
    BRENDA R. YATES                 165.00    .10        16.50
                           TOTALS             .10        16.50

2757620.1

JAFFE019143



**Jaffe**

JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital                                    May 15, 2014
Attn: Neal Cohen
708 Third Avenue, 31st Floor
New York, NY  10017                             Invoice No. 364566

---

FOR LEGAL SERVICES RENDERED THROUGH 04/30/14
AS ITEMIZED ON THE ATTACHED REPORT

RE: LSI

|                          |    |          |
|--------------------------|----|----------|
| FEES:                    |    | 132.00   |
| DISBURSEMENTS:           |    | .00      |
| TOTAL DUE THIS INVOICE:  | $  | 132.00   |
| LESS RETAINER APPLIED:   |    | (132.00) |
| BALANCE DUE:             | $  | 0.00     |

BALANCE OF RETAINER: $ 1,395.44

FED. TAX I.D. 38-1915036  TERMS:  NET 30 DAYS

{R1}

2780458.1

ANN ARBOR • DETROIT • NAPLES • PHILADELPHIA • SOUTHFIELD

JAFFE019144

```
DATE    ATTY    SERVICE DESCRIPTION                       HOURS

04/21/14 BRY TC WITH NEAL COHEN RE DELAWARE FRANCHISE TAXES   .70   115.50
             FOR CHACO LENDER; CORRESPONDENCE WITH NRAI TO
             CHANGE CONTACT AND DELIVERY INSTRUCTION;
             CORRESPONDENCE WITH J. WEISS REGARDING THE
             SAME.

04/22/14 BRY TC WITH JOHN CAULFIELD RE CHACO LENDER LLC.      .10    16.50
```

```
*-------------------------TIME AND FEE SUMMARY--------------------*
*---------TIMEKEEPER---------*    RATE   HOURS          FEES
BRENDA R. YATES                  165.00    .80         132.00
                         TOTALS            .80         132.00
```

JAFFE019145



**Jaffe**
JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital                                June 5, 2014
Attn: Neal Cohen
708 Third Avenue, 31st Floor
New York, NY  10017                         Invoice No. 365357

---

RE: LSI

FOR LEGAL SERVICES RENDERED THROUGH 05/31/14
AS ITEMIZED ON THE ATTACHED REPORT


                    TOTAL ATTORNEY FEES:      $      1,316.00
                                                 _____

                    TOTAL AMOUNT DUE:         $      1,316.00


FED. TAX I.D. 38-1915036    TERMS: NET 30 DAYS

{2B}

    DATE   ATTY    SERVICE DESCRIPTION                         HOURS

05/15/14 DLB ATTENTION TO MULTIEMPLOYER PENSION FUND REQUEST   .50   165.00
             FOR INFORMATION RELATED TO "ASSET SALE."
             REQUEST UPDATED ESTIMATED WITHDRAWAL LIABILITY
             FROM PENSION FUND

05/16/14 LBK REVIEWED CORRESPONDENCE FROM PENSION PLAN;        .90   360.00
             ATTENTION TO ISSUES RE: SAME; TELEPHONE
             CONFERENCE WITH DARREN CHAFFEE RE: SAME;
             ATTENTION TO DRAFTING RESPONSE TO PENSION PLAN
             LETTER;

05/19/14 LBK DRAFTED RESPONSE LETTER TO PENSION FUND; EMAIL   1.00   400.00
             CORRESPONDENCE RE: SAME; ATTENTION TO
             WITHDRAWAL LIABILITY MATTERS;

05/19/14 DLB WORK WITH PENSION FUND REPRESENTATIVE TO          .30    99.00
             ACQUIRE UPDATED ESTIMATE OF EMPLOYER WITHDRAWAL
             LIABILITY

05/20/14 LBK TELEPHONE CONFERENCE WITH DENNIS MURPHY RE: LSI   .40   160.00
             TRANSACTION; TELEPHONE CONFERENCE WITH DARREN
             CHAFFEE RE: SAME;

05/21/14 SRM ATTENTION TO ENTITY AND ANNUAL REPORT REVIEW      .40    66.00
             FOR LSI OF AMERICA HOLDINGS LLC; COMMUNICATIONS
             WITH ATTORNEY WEISS REGARDING SAME; 2014 ANNUAL
             REPORT FILED IN LINE;

05/30/14 DLB RESPOND TO QUESTIONS REGARDING PENSION FUND       .20    66.00
             LIABILITY


    *-------------------------TIME AND FEE SUMMARY---------------------*
    *----------TIMEKEEPER---------*   RATE  HOURS              FEES
    LEE B. KELLERT                   400.00  2.30            920.00
    DEBORAH L. BAUGHMAN              330.00  1.00            330.00
    SUSAN R. MCMASTER                165.00   .40             66.00
                        TOTALS                3.70           1316.00



**Jaffe**
JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital                                July 16, 2014
Attn: Neal Cohen
708 Third Avenue, 31st Floor
New York, NY  10017                        Invoice No. 367148

---

FOR LEGAL SERVICES RENDERED THROUGH 06/30/14
AS ITEMIZED ON THE ATTACHED REPORT

RE: LSI

|  |  |
|---|---|
| FEES: | 438.00 |
| DISBURSEMENTS: | 250.00 |
| TOTAL DUE THIS INVOICE:  $ | 688.00 |
| OUTSTANDING INVOICES: | 1,316.00 |
| TOTAL AMOUNT DUE:  $ | 2,004.00 |
| LESS RETAINER APPLIED: | (1,395.44) |
| BALANCE DUE:  $ | 608.56 |

BALANCE OF RETAINER: $ 0.00

FED. TAX I.D. 38-1915036   TERMS:  NET 30 DAYS

{R1}

2830083.1

ANN ARBOR • DETROIT • NAPLES • PHILADELPHIA • SOUTHFIELD

JAFFE019146

```
  DATE   ATTY    SERVICE DESCRIPTION                    HOURS

06/05/14 LBK REVIEWED WITHDRAWAL LIABILITY CALCULATION;     .30   120.00

06/09/14 LBK ATTENTION TO PENSION WITHDRAWAL CALCULATION AND  .30   120.00
             ISSUES;

06/09/14 DLB REVIEW UPDATED WITHDRAWAL LIABILITY ESTIMATE   .60   198.00
             FOR 2013
```

************** DISBURSEMENTS **************

```
05/22/14 FILING FEES - DELAWARE, STATE OF - DIV OF              250.00
         CORPOR - LSI OF AMERICAN HOLDINGS LLC
```

```
*-------------------------TIME AND FEE SUMMARY--------------------*
*---------TIMEKEEPER---------*    RATE   HOURS              FEES
LEE B. KELLERT                   400.00    .60           240.00
DEBORAH L. BAUGHMAN              330.00    .60           198.00
                        TOTALS          1.20           438.00
```

JAFFE019147



**Jaffe**

JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital                                      September 11, 2014
Attn: Neal Cohen
708 Third Avenue, 31st Floor
New York, NY  10017                               Invoice No. 369576

---

RE: LSI

FOR LEGAL SERVICES RENDERED THROUGH 08/31/14
AS ITEMIZED ON THE ATTACHED REPORT

|  |  |  |
|---|---|---|
| TOTAL ATTORNEY FEES: | $ | 8,280.00 |
| TOTAL DISBURSEMENTS: | $ | 27.40 |
| TOTAL AMOUNT DUE: | $ | 8,307.40 |

FED. TAX I.D. 38-1915036    TERMS: NET 30 DAYS

{2B}

JAFFE019148

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|---|
| 08/18/14 | JJP | REVIEW EMAIL FROM CLIENT RE: NEGOTIATIONS, RESPOND TO SAME, PREPARE CORRESPONDENCE TO LEE KELLERT RE: SAME. | .40 | 160.00 |
| 08/21/14 | LBK | CONFERENCE CALL RE: UNION NEGOTIATIONS; REVIEWED WITHDRAWAL LIABILITY ISSUES; | 1.50 | 600.00 |
| 08/21/14 | JJP | REVIEW CBA AND CORRESPONDENCE FROM CLIENT RE AGENDA AND PREPARE FOR CONFERENCE CALL RE LABOR NEGOTIATIONS. | 1.30 | 520.00 |
| 08/21/14 | JJP | TELEPHONE CONVERSATION WITH CLIENT RE STATUS OF LABOR NEGOTIATIONS, LAW, LEGAL ISSUES, STRATEGIES, OBJECTIVES, ETC. OFFICE CONFERENCE WITH LEE KELLERT RE SAME. | 2.30 | 920.00 |
| 08/22/14 | JJP | REVIEW PREVIOUS COLLECTIVE BARGAINING AGREEMENTS TO GET A SENSE OF HISTORY OF NEGOTIATIONS | 2.60 | 1040.00 |
| 08/23/14 | JJP | REVIEW AND CONTRAST CURRENT CBA AND RECOMMENDATIONS FOR CHANGE | 1.90 | 760.00 |
| 08/24/14 | JJP | REVIEW MINNESOTA LAW FOR CONSISTENCY WITH PROPOSED HANDBOOK AND MN STATE LAWS. | 1.40 | 560.00 |
| 08/25/14 | JJP | PREPARE FOR TELEPHONE CONVERSATION WITH CLIENT. REVIEW ORIGINAL EMPLOYEE HANDBOOK AND PROPOSED AMENDMENTS TO SAME. REVIEW OTHER RULES AND REGS. REVIEW AMENDED CBA TOO. TELEPHONE CONFERENCE WITH CLIENTS RE OPTIONS, OBJECTIVES. ENGAGE IN TELEPHONE CONVERSATION WITH CLIENT INCLUDING NEAL , DARREN, AND OMAR RE OPTIONS, OBJECTIVES. | 5.70 | 2280.00 |
| 08/27/14 | JJP | REVIEW DOCUMENTS TO PREPARE FOR TELEPHONE CONFERENCE WITH CLEINTS. EXPLORE OPTIONS AND ROLES TO COMMENCE NEGOTIATIONS. STRATEGY ON SAME. OBJECTIVES AND DIRECTIVES. | 1.90 | 760.00 |
| 08/29/14 | LBK | ATTENTION TO LABOR MATTERS; EMAIL CORRESPONDENCE RE: SAME; | .70 | 280.00 |
| 08/29/14 | JJP | REVIEW ALL UNION CORRESPONDENCE TO PREPARE FOR TELEPHONE CONFERENCE WITH CLIENT RE OPENING OF NEGOTIATIONS. TELEPHONE CONVERSATION WITH CLIENT RE SAME. PREPARE LETTER TO UNION FOR OMAR SIGNATURE. | 1.00 | 400.00 |

JAFFE019149

************** DISBURSEMENTS ***************

| Date | Description | Amount |
|---|---|---|
| 07/18/14 | COPY EXPENSE # 2 | 1.05 |
| 08/21/14 | COLOR COPIES | 4.50 |
| 08/25/14 | COPY EXPENSE # 1 | 0.15 |
| 08/25/14 | COLOR COPIES | 21.25 |
| 08/26/14 | COPY EXPENSE # 2 | 0.45 |

*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*     RATE   HOURS          FEES

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| LEE B. KELLERT | 400.00 | 2.20 | 880.00 |
| JAMES J PARKS | 400.00 | 18.50 | 7400.00 |
| TOTALS | | 20.70 | 8280.00 |

JAFFE019150



**Jaffe**
JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital                                    January 23, 2015
Attn: Neal Cohen
708 Third Avenue, 31st Floor
New York, NY  10017                             Invoice No. 375116

---

RE: LSI

FOR LEGAL SERVICES RENDERED THROUGH 12/31/14
AS ITEMIZED ON THE ATTACHED REPORT

```
        TOTAL ATTORNEY FEES:      $      75,299.00

        TOTAL DISBURSEMENTS:      $       6,289.99
                                         ----------

        TOTAL AMOUNT DUE:         $      81,588.99
```

FED. TAX I.D. 38-1915036    TERMS: NET 30 DAYS

{2B}

SOUTHFIELD • DETROIT • ANN ARBOR • NAPLES

JAFFE019151

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|--|
| 09/05/14 | JJP | REVIEW HANDBOOK TO PREPARE FOR TELEPHONE CONVERSATION WITH CLIENT. ENGAGE IN TELEPHONE CONVERSATION WITH CLIENT RE STRATEGY, OBJECTIVES AND LABOR NEGOTIATIONS. PREPARE DRAFT OF LETTER TO UNION RE FIRST NEGOTIATIONS. | 2.70 | 1080.00 |
| 09/09/14 | JJP | TELEPHONE CONFERENCE WITH BUSINESS AGENT RE DATES, REVIEW EMAILS RE STATUS OF GRIEVANCES. TELEPHONE CONFERENCE WITH CLIENT RE STATUS OF COMMUNICATIONS WITH UNION | 1.30 | 520.00 |
| 09/10/14 | JJP | TELEPHONE CONFERENCE WITH BUSINESS AGENT (BA) RE NEGOTIATIONS, ISSUES, SET STAGE. PREPARE CORRESPONDENCE TO CLIENT AND TELEPHONE CONFERENCE WITH CLIENT RE SAME. | 1.80 | 720.00 |
| 09/15/14 | LBK | EMAIL CORRESPONDENCE RE: LOAN OPTIONS; | .30 | 120.00 |
| 09/15/14 | JJP | REVIEW NOTES FROM DARREN RE OBJECTIVES FOR NEGOTIATIONS. REVIEW EXISTING CBA AND HANDBOOK TO IDENTIFY AREAS TO NEGOTIATE. TELEPHONE CONFERENCE WITH DARREN AND OMAR TO REVIEW THE ENTIRE CONTENT OF THE CBA AND IDENTIFY NEGOTIATION STRATEGIES, UNION COMPLIMENT AND PREPARE IDEAL LANGUAGE. | 6.80 | 2720.00 |
| 09/16/14 | TEC | ATTENTION TO DEBT ISSUES WITH LEE KELLERT. | .20 | 83.00 |
| 09/16/14 | LBK | ATTENTION TO LINE OF CREDIT RELATED MATTERS; TELEPHONE CONFERENCE WITH DARREN CHAFEE (X2); | .80 | 320.00 |
| 09/16/14 | JJP | REVIEW DOCUMENTS TO PREPARE FOR NEGOTIATIONS. TRAVEL TO MINNEAPOLIS. | 8.30 | 3320.00 |
| 09/17/14 | JJP | REVIEW BULLET POINTS PREPARED BY OMAR AND PREPARE FOR NEGOTIATIONS. CONFERENCE WITH DARREN AND OMAR RE ROLES, OBJECTIVES, LOGISITICS OF NEGOTIATIONS. ENGAGE IN LABOR NEGOTIATIONS. TRAVEL FROM MINN TO DETROIT. | 14.40 | 5760.00 |
| 09/18/14 | LBK | ATTENTION TO BANK MATTERS; REVIEWED SUBORDINATION AGREEMENT; | .40 | 160.00 |
| 09/18/14 | JJP | REVIEW NOTES OF SESSION. PREPARE NOTES WITH OBJECTIVES, OBSERVATIONS, ETC. TELEPHONE CONVERSATION WITH CLIENTS RE POST MORTUM AND OBJECTIVES FOR FUTURE NEGOTIATIONS. | 1.70 | 680.00 |

09/19/14 LBK TELEPHONE CONFERENCE WITH DARREN CHAFFEE;          .40    160.00
             ATTENTION TO LOAN STRUCTURE;

09/19/14 JJP AMEND CBA.                                        6.00   2400.00

09/22/14 JJP REVIEW AND CONTINUE AMENDMENTS TO PROPOSAL OF     5.90   2360.00
             CBA. PREPARE MEMO TO CLIENTS RE RECOMENDATIONS
             AND REFLECTING CHANGES FROM OLD CBA.

09/24/14 TEC ATTENTION TO NOTE PURCHASE AGREEMENT.             .40    166.00

09/24/14 LBK REVIEWED LOAN PURCHASE AGREEMENT AND             .50    200.00
             ASSIGNMENT; EMAIL CORRESPONDENCE RE: SAME;

09/25/14 LBK ATTENTION TO CHANGE IN DEAL TERMS;              .30    120.00

09/25/14 JJP REVIEW INSURANCE COSTS AND COVERAGE. PREPARE    1.20    480.00
             CORRESPONDENCE TO UNION RE SAME. VARIOUS EMAILS
             TO CLIENT RE STATUS, NEW LANGUAGE.

09/26/14 JMW CALL WITH DARREN AND NEAL RE FINANCING MATTERS; .30    132.00
             REVIEW OF DOCUMENTS

09/26/14 LBK TELEPHONE CONFERENCE WITH DARREN CHAFFEE;       .40    160.00
             ATTENTION TO BANK MATTERS;

09/26/14 SRM ATTENTION TO PREPARATION AND SUBMISSION OF DE   1.00    165.00
             FORMATION OF COCHA FINANCE; EIN OBTAINED; FILED
             DOUCMENTS RECEIVED; DOCUMENTS FORWARDED; ENTITY
             BOOK ESTABLISHED;

09/29/14 JJP ATTENTION TO COMPLETION OF PROPOSAL AND EXHBITS 9.30   3720.00
             TO CBA. VARIOUS TELEPHONE CONVERSATION WITH
             CLIENT RE SAME. PREPARE CORRESPONDENCE TO
             OPPOSING COUNSEL RE SAME.

10/01/14 JJP COMMUNICATIONS WITH CLIENT RE STATUS AND        1.70    680.00
             BARGAINING FOR UNILATERAL CHANGE. TELEPHONE
             CONFERENCE WITH UNION TO ENGAGE IN SAME.

10/02/14 JMW CALLS WITH DARREN; REVIEW OF CREDIT ISSUES      .40    176.00

10/02/14 REK REVIEW OUTLINE OF TRANSACTION AND PROPOSED      .90    328.50
             DOCUMENTS

10/02/14 JJP TELEPHONE CONFERENCE WITH BUSINESS AGENT RE     2.30    920.00
             VARIOUS ISSUES INCLUDING; GRIEVANCE OF TIM
             GRETHCHINS, UNILATERAL CHANGE OF CONDITIONS
             INCLUDING LOSS OF POSITIONS AND 3RD SHIFT,
             CHANGES IN PROPOSAL FROM ORIGINAL CBA, FUTURE
             NEGOTIATIONS. PREPARE CORRESPONDENCE TO CLIENTS
             RE SAME. REVIEW CORRESPONDENCE FROM CLIENT RE
             STATUS.

JAFFE019153

10/03/14 JMW CALLS WITH NEAL AND DARREN; PREPARATION OF     1.10   484.00
             LETTER AGREEMENT WITH BANK; REVIEW OF RELATED
             DOCUMENTS

10/03/14 REK REVIEW DOCUMENTS RELATIVE TO PLEDGE AND OPTION   .40   146.00

10/03/14 JJP PREPARE CORRESPONDENCE TO CLIENT RE STATUS AND  1.90   760.00
             REQUIRED INFORMATION. TELEPHONE CONFERENCE WITH
             DONNIE RE NEGOTIATIONS, SHIFT CHANGE, FUTURE
             PLANS, BARGAIN ON EFFECTS OF CHANGES. DISCUSS
             TERMS OF PROPOSAL AND GRIEVANCES.

10/06/14 JJP CORRESPONDENCE TO BUSINESS AGENT "BA" RE STATUS  .70   280.00
             OF GETCH DISMISSAL. PREPARE CORRESPONDENCE TO
             CLIENT RE GREIVACNE OF GETCH. REVIEW SAME

10/07/14 JJP REVIEW REDLINE AND ORIGINAL CBA TO PREPARE WITH 2.10   840.00
             TELEPHONE CONFERENCE WITH BA TO DISCUSS
             PROPOSAL. DISCUSS OTHER ISSUES AT SHOP
             INCLUDING USE OF TEMPS WITH PLANS TO REDUCE
             UNION JOBS. REVIEW CBA RE SAME.  DISCUSS
             ARBIRTATION ON TERMINATED EMPLOYEE.  BEGIN
             DISCUSSIONS RE OUR PROPOSAL TERMS. PREPARE
             CORRESPONDENCE TO CLIENT RE PAYMENT OF UNION
             DUES.

10/08/14 JJP TELEPHONE CONFERENCE WITH DONNIE RE TERMS OF    2.30   920.00
             PROPOSAL REVIEW SAME

10/09/14 JJP TELEPHONE CONFERENCE WITH CLIENT RE STATUS OF   1.30   520.00
             NEGOTIATION, DISCUSS LAYOFF, NEW ISSUES.
             PREPARE CORRESPONDENCE TO BA RE SAME. TELEPHONE
             CONFERENCE WITH BA RE SAME.

10/14/14 JJP REVIEW PREVIOUS NOTES AND ISSUES TO PREPARE FOR 8.20  3280.00
             CONTINUED NEGOTIATIONS WITH UNION.
             CORRESPONDENCE WITH CLIENT RE SAME. TRAVEL TO
             MINN.

10/15/14 JJP PRE-MEETING WITH CLIENTS TO DISCUSS STRATEGIES 14.70  5880.00
             OF NEGOTIATIONS, ISSUES, OBJECTIVES. ENGAGE IN
             LABOR NEGOTIATIONS, TRAVEL BACK TO DETROIT.

10/16/14 DLB TELEPHONE CONFERENCE WITH DARREN CHAFFEY         .20    66.00
             EXPLAINING HOW TO CALCULATE PARTIAL WITHDRAWAL
             FROM MULTIEMPLOYER PENSION PLAN USING TESTING
             PERIOD AND BASE PERIOD

10/20/14 PA  PHONE CALL WITH JOANNE REGARDING EMPLOYEE AND    .60   189.00
             FMLA ISSUE; REVIEW FMLA REGULATIONS;
             COMMUNICATION WITH JOANNE CONFIRMING SAME.

JAFFE019154

10/20/14 JJP OFFICE CONFERENCE WITH PATRICE RE FACTS OF        .30    120.00
             DISCIPLINE AND PROSPECT OF FMLA OVERTONES.
             PREPARE CORRESPONDENCE TO CLIENT RE SAME.

10/21/14 JJP TELEPHONE CONFERENCE WITH BUSINESS AGENT DONNIE  1.20    480.00
             RE LANGUAGE OF THE CBA

10/22/14 JJP REVIEW NOTES OF NEGOTIATIONS, PREPARE NOTE TO     .70    280.00
             DONNIE RE SAME.

10/23/14 MJB REVISE OPERATING AGREEMENT COCHA FINANCE LLC TO   .20     85.00
             REFLECT PARTNERSHIP TAX TREATMENT.

10/24/14 JJP TELEPHONE CONFERENCE WITH UNION BA TO REVIEW     5.90   2360.00
             EACH PROVISION OF THE CBA. CORRESPONDENCE WITH
             CLIENTS AND BUSINESS AGENT (BA) RE INSURANCE
             ISSUES AND COVERAGE. MAKE CHANGES TO EXISTING
             COMPARISON FROM ORIGINAL CBA TO NEW CHANGES.

10/24/14 MJB REVISE OPERATING AGREEMENT OF COCHA FINANCE LLC   .50    212.50
             TO REFLECT TREATMENT AS PARTNERSHIP FOR TAX
             PURPOSES.

10/26/14 JJP REVIEW EMAIL AND DOCUMENTS FROM CLIENTS          4.90   1960.00
             REGARDING COST OF INSURANCE COVERAGE AND
             PROPOSAL OF SAME TO UNION. TRAVEL TO MINN.

10/27/14 JJP PREPARE FOR AND ENGAGE IN COLLECTIVE BARGAINING 14.60   5840.00
             WITH CARPENTERS IN MINN. TRAVEL TO DETROIT.

10/29/14 JJP REVIEW NOTES FROM BARGAINING SESSION, AMEND      2.90   1160.00
             DRAFT OF CBA. PREPARE CORRESPONDENCE TO BA RE
             SAME. REVIEW NOTES FROM OMAR RE VACATION
             ISSUES.

10/31/14 JJP VARIOUS TELEPHONE CONFERENCE WITH DONNIE RE       .90    360.00
             LAYOFF OF UNION NEGOTIATING COMMITTEE MEMBER,
             GARY. TELEPHONE CONFERENCES WITH CLIENT AND
             DONNIE RE SAME.

11/03/14 JJP REVIEW CORRESPONDENCE FROM CPA RE REVIEW OF       .90    360.00
             FINANCIALS. REVIEW OBJECTIVES AND OPTIONS.
             PREPARE CORRESPONDENCE TO CLIENT RE SAME.
             PREPARE CORRESPONDENCE TO DONNIE AND CPA RE
             SAME.

JAFFE019155

11/04/14 JJP MANY TELEPHONE CONFERENCES WITH BA, DONNIE      1.50   600.00
             KERNS RE: SELECTION OF ARBITRATOR, FMCS,
             SUGGESTED "POINT SYSTEM", PREPARE
             CORRESPONDENCE TO HIM AND REVIEW HIS
             CORRESPONDENCE TO "DARLENE" WITH SUGGESTIONS.
             TELEPHONE CONFERENCE RE CONCERNS RE OMAR
             ASSERTED ULP RE "THREAT" ON UNION COMMITTE
             MEMBERS VACATION, ETC. TELEPHONE CONFERENCE
             WITH DONNIE RE LOGISTICS OF MEETING, WHEN,
             WHERE.

11/04/14 JJP TELEPHONE CONFERENCE WITH DARREN TO REVIEW      1.30   520.00
             FINANCIAL DOCUMENTS. TELEPHONE CONFERENCE WITH
             DARREN RE LOGISTICS OF NEGOTIATIONS. TELEPHONE
             CONFERENCE WITH AND PREPARE CORRESPONDENCE RE
             OMARS "ROLE" DURING COLLECTIVE BARGAINING.
             .RESEARCH "DROP BOX" TYPE SECURE METHOD TO SEND
             CPA OF UNION

11/06/14 JJP TELEPHONE CONFERENCE WITH DONNIE RE              .90   360.00
             ARBITRATION. VARIOUS COMMUNICATIONS WITH OMAR
             AND DONNIE RE OPTIONS RELATED TO ARBITRATION.
             REVIEW "LOCK BOX" ISSUE

11/06/14 PRH REVIEW PREFERENCE COMPLAINT IN IACCARINO CASE.  1.20   420.00
             REVIEW BANKRUPTCY CASE DOCKET.  RELATED
             CORRESPONDENCE.

11/10/14 JJP REVIEW CORRESPONDENCE FROM NEAL RE OBJECTIVES,  1.20   480.00
             CONCERNS. REVIEW CURRENT LANGUAGE OF PROPOSED
             CBA AND PREPARATION OF CORRESPONDENCE TO CLIENT
             TO ADDRESS QUERRIES.  REVIEW CORRESPONDENCE
             FROM DARREN RE LETTER FROM INSURANCE CARRIER
             FOR RESPONSE TO INSURANCE COSTS ISSUES. REVIEW
             CORRESPONDENCE FROM OMAR RE STATUS AND COMMENTS
             ON VARIOUS MATTERS

11/10/14 PRH CORRESPONDENCE REGARDING PREFERENCE ACTION.      .20    70.00

11/11/14 JJP TELEPHONE CONFERENCE WITH BA RE ARBITRATION      .30   120.00

11/11/14 PRH PHONE CALL AND E-MAIL CORRESPONDENCE WITH J.    1.20   420.00
             CAULFIELD REGARDING BANKRUPTCY PREFERENCE
             ACTION.

11/18/14 EMM DISCUSSED ARBITRATION RESEARCH WITH JAMPAR       .30    57.00

11/19/14 JJP REVIEW CORRESPONDENCE FROM FMCS (DARLENE) RE     .30   120.00
             STATUS OF LANGUAGE RE CBA POINT SYSTEM

11/19/14 PRH VARIOUS CORRESPONDENCE REGARDING PREFERENCE      .20    70.00
             ACTION.

11/19/14 EMM RESEARCHED ARBITRATORS                         4.90   931.00

JAFFE019156

11/20/14 JJP ATTENTION TO TRANSFER OF CONFIDENTIAL           .80    320.00
             INFORMATION TO UNIONS CPA.

11/20/14 JJP OFFICE CONFERENCE WITH EMILY MAHER TO DISCUSS   .60    240.00
             SELECTION OF ARBITRATORS FOR GRIEVANCE

11/20/14 PRH REVIEW DOCUMENTATION RELATED TO PREFERENCE     2.60    910.00
             ACTION.  PREPARE ANALYSIS.  PHONE CALL WITH J.
             CAULFIELD REGARDING STRATEGY.

11/20/14 EMM FURTHER RESEARCHED ARBITRATOR, COMPILED        4.10    779.00
             INFORMATION, PREPARED MEMO

11/21/14 JJP REVIEW MEMO ON ARBITRATORS, REVIEW CASE        1.70    680.00
             DECISIONS, TELEPHONE CONFERENCE WITH DONNIE TO
             ENGAGE IN SELECTION PROCESS. PREPARE
             CORRESPONDENCE TO CLIENT RE STATUS.

11/21/14 JJP REVIEW FINANCIAL INFORMATION TO SEND, DOWNLOAD 1.50    600.00
             AND PASSWORD PROTECT. PREPARE DRAFT OF
             CONFIDENTIALITY AGREEMENT, AMEND AND FINALIZE
             SAME. PREPARE CORRESPONDENCE TO UNION AND
             ACCOUNTANT RE SAME.

11/24/14 JJP ATTENTION TO NEGOTIATION ISSUES.                .70    280.00

11/25/14 JJP REVIEW JUDGMENT AGAINST COMPANY FOR VACATION    .40    160.00
             PAY.

11/25/14 PRH PHONE CALL WITH J. CAULFIELD REGARDING          .80    280.00
             PREFERENCE ACTION.   PREPARE DRAFT OF E-MAIL TO
             TRUSTEE'S COUNSEL.

11/26/14 JJP REVIEW CORRESPONDENCES FROM CLIENT RE SECOND    .60    240.00
             SHIFT. PREPARE CORRESPONDENCE TO DONNIE RE
             SAME.

12/03/14 JJP REVIEW AND AMEND CONFIDENTIALITY AGREEMENT.     .60    240.00
             TELEPHONE CONFERENCE WITH ACCOUTANT RE SAME.
             PREPARE CORRESPONDENCE TO ALL RE SAME.

12/03/14 PRH CORRESPONDENCE WITH TRUSTEE AND CLIENT         1.00    350.00
             REGARDING PREFERENCE NEGOTIATIONS, ANSWER
             DEADLINE.

12/04/14 LBK ATTENTION TO WITHDRAWAL LIABILITY ISSUES;       .50    200.00

12/04/14 DLB RESPOND TO QUESTIONS REGARDING PENSION PLAN     .30     99.00
             WITHDRAWAL LIABILITY

JAFFE019157

12/04/14 JJP REVIEW EMAILS FROM CLIENT RE STATUS OF BUSINESS   .90    360.00
             AND HEALTH INSURANCE ISSUES. PREPARE
             CORRESPONDENCE TO DONNIE RE SAME. REVIEW AND
             SEND FINANCIAL INFORMATION TO DARREN AND
             DISCUSS OTHER INFO TO UNION CPA

12/05/14 LBK ATTENTION TO WITHDRAWAL LIABILITY AND RELATED     .50    200.00
             MATTERS; TELEPHONE CONFERENCE WITH DARREN
             CHAFFEE RE: SAME;

12/08/14 JJP TELEPHONE CONVERSATION WITH BUSINESS AGENT RE    1.00    400.00
             ULTIMATIM.  DISCUSS AND REVIEW LANGUAGE.
             TELEPHONE CONVERSATION WITH CLIENT RE MEETING
             WITH CPA, ULTIMATUM, OBJECTIVES.

12/09/14 JJP REVIEW LANGUAGE SENT BY DONNIE. REVIEW HISTORY   1.20    480.00
             TO PREPARE FOR

12/10/14 JJP TRAVEL TO AND ENGAGE IN COLLECTIVE BARGAINING   10.30   4120.00

12/11/14 JJP ENGAGE IN COLLECTIVE BARGAINING AND TRAVEL TO   12.20   4880.00
             DETROIT.

12/17/14 JJP TELEPHONE CONFERENCE WITH DONNIE RE VOTE OF THE   .70    280.00
             UNION AND CBA. DISCUSS 2 PENDING GRIEVANCES,
             FACTS, HISTORY AND INFORMATION TO DEFEND SAME.
             PREPARE CORRESPONDENCE TO CLIENT RE SAME.

12/17/14 PRH CORRESPONDENCE TO CLIENT REGARDING STATUS OF      .30    105.00
             IACCARINO PREFERENCE ACTION.

12/18/14 PRH SETTLEMENT NEGOTIATIONS WITH BANKRUPTCY           .60    210.00
             TRUSTEE. RELATED E-MAILS WITH O. HAQUE.

12/19/14 JJP TELEPHONE CONFERENCE WITH CLIENT AND DONNIE RE    .60    240.00
             GRIEVANCES, FINAL CBA.

12/19/14 PRH REVIEW SETTLEMENT AGREEMENT.  CORRESPONDENCE      .70    245.00
             WITH BANKRUPTCY TRUSTEE.  PREPARE E-MAIL TO
             CLIENT REGARDING SETTLEMENT.


             *************** DISBURSEMENTS ***************

09/05/14 COPY EXPENSE # 2                                         0.30
09/10/14 COPY EXPENSE # 2                                         0.15
09/16/14 TRAVEL EXPENSES TO ST. PAUL - - VENDOR: JAMES        1378.48
         PARKS
09/19/14 COPY EXPENSE # 2                                         5.10
09/22/14 COPY EXPENSE # 1                                         1.20
09/22/14 COLOR COPIES                                           19.00
09/26/14 COPY EXPENSE # 2                                         7.05
09/29/14 COLOR COPIES                                           12.00
09/29/14 COPY EXPENSE # 2                                        15.15

JAFFE019158

| Date | Description | Amount |
|---|---|---|
| 10/01/14 | COPY EXPENSE # 2 | 1.80 |
| 10/06/14 | COPY EXPENSE # 1 | 4.80 |
| 10/07/14 | COLOR COPIES | 5.00 |
| 10/08/14 | COPY EXPENSE # 2 | 2.25 |
| 10/14/14 | COPY EXPENSE # 1 | 0.30 |
| 10/14/14 | COLOR COPIES | 31.50 |
| 10/14/14 | TRAVEL EXPENSES TO MINNEAPOLIS FOR MTG - - VENDOR: JAMES PARKS | 1285.02 |
| 10/24/14 | COPY EXPENSE # 1 | 11.25 |
| 10/24/14 | COLOR COPIES | 42.50 |
| 10/24/14 | COPY EXPENSE # 2 | 24.15 |
| 10/27/14 | TRAVEL EXPENSES TO MINNEAPOLIS - - VENDOR: JAMES PARKS | 1841.92 |
| 10/29/14 | COLOR COPIES | 7.50 |
| 10/31/14 | COPY EXPENSE # 1 | 0.15 |
| 11/03/14 | COPY EXPENSE # 1 | 0.30 |
| 11/06/14 | COPY EXPENSE # 2 | 14.40 |
| 11/21/14 | COPY EXPENSE # 1 | 6.75 |
| 11/21/14 | COPY EXPENSE # 2 | 7.50 |
| 11/25/14 | COPY EXPENSE # 2 | 0.15 |
| 12/03/14 | COPY EXPENSE # 2 | 0.60 |
| 12/09/14 | COLOR COPIES | 4.00 |
| 12/10/14 | TRAVEL EXPENSES TO MINNEAPOLIS - - VENDOR: JAMES PARKS | 1353.82 |
| 12/11/14 | TRAVEL EXPENSES TO ST. PAUL - - VENDOR: JAMES PARKS | 205.90 |

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*   RATE   HOURS         FEES
```

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| TOM E. COUGHLIN | 415.00 | .60 | 249.00 |
| JEFFREY M. WEISS | 440.00 | 1.80 | 792.00 |
| PATRICE S. AREND | 315.00 | .60 | 189.00 |
| LEE B. KELLERT | 400.00 | 4.10 | 1640.00 |
| RICHARD E. KRUGER | 365.00 | 1.30 | 474.50 |
| DEBORAH L. BAUGHMAN | 330.00 | .50 | 165.00 |
| JAMES J PARKS | 400.00 | 166.20 | 66480.00 |
| MARKO J BELEJ | 425.00 | .70 | 297.50 |
| PAUL R. HAGE | 350.00 | 8.80 | 3080.00 |
| EMILY M. MAYER | 190.00 | 9.30 | 1767.00 |
| SUSAN R. MCMASTER | 165.00 | 1.00 | 165.00 |
| TOTALS | | 194.90 | 75299.00 |

JAFFE019159



**JAFFE** RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital                                    February 10, 2015
Attn: Neal Cohen
708 Third Avenue, 31st Floor
New York, NY 10017                              Invoice No. 375673

---

RE: LSI

FOR LEGAL SERVICES RENDERED THROUGH 01/31/15
AS ITEMIZED ON THE ATTACHED REPORT

|                          |    |          |
|--------------------------|----|----------|
| TOTAL ATTORNEY FEES:     | $  | 1,305.00 |
| TOTAL DISBURSEMENTS:     | $  |     9.60 |
| TOTAL AMOUNT DUE:        | $  | 1,314.60 |

FED. TAX I.D. 38-1915036    TERMS: NET 30 DAYS

{2B}

SOUTHFIELD • DETROIT • ANN ARBOR • NAPLES

JAFFE019160

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|---|
| 01/07/15 | PRH | REVIEW DOCKET IN IACCARINO & SON BANKRUPTCY CASE.  CORRESPONDENCE TO CLIENT REGARDING STATUS OF SETTLEMENT AGREEMENT. | .30 | 105.00 |
| 01/12/15 | PRH | REVIEW ADVERSARY PROCEEDING DOCKET TO CONFIRM THAT NO DEFAULT WAS ENTERED. | .10 | 35.00 |
| 01/15/15 | PRH | PHONE CALL TO O. HAQUE REGARDING STATUS OF SETTLEMENT. | .10 | 35.00 |
| 01/16/15 | JJP | REVIEW PROPOSED CBA FOR COMPLIANCE WITH AGREED LANGUAGE. PREPARE CORRESPONDENCE TO CLIENT AND EMAILS RE SAME. VARIOUS COMMUNICATION WITH UNION TO FINALIZE SAME. | 2.30 | 920.00 |
| 01/19/15 | PRH | CORRESPONDENCE REGARDING STATUS OF PREFERENCE ACTION. | .10 | 35.00 |
| 01/22/15 | PRH | CORRESPONDENCE REGARDING STATUS OF PREFERENCE SETTLEMENT. | .10 | 35.00 |
| 01/26/15 | PRH | E-MAIL CORRESPONDENCE REGARDING SETTLEMENT WITH CLIENT AND TRUSTEE.  REVIEW FULLY EXECUTED SETTLEMENT AGREEMENT.  CALENDAR DEADLINES. | .40 | 140.00 |

************** DISBURSEMENTS ***************

| | | |
|---|---|---|
| 11/06/14 | PACER CHARGES NET CHARGES | 9.00 |
| 01/26/15 | COPY EXPENSE # 2 | 0.60 |

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*---------TIMEKEEPER---------*   RATE   HOURS          FEES
JAMES J PARKS                  400.00   2.30         920.00
PAUL R. HAGE                   350.00   1.10         385.00
                       TOTALS           3.40        1305.00
```

JAFFE019161



**Jaffe**
JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

CoBe Capital                                          June 10, 2015
Attn: Neal Cohen
708 Third Avenue, 31st Floor
New York, NY  10017                                  Invoice No. 381050

---

RE: LSI

FOR LEGAL SERVICES RENDERED THROUGH 05/31/15
AS ITEMIZED ON THE ATTACHED REPORT

|  |  |  |
|---|---|---|
| TOTAL ATTORNEY FEES: | $ | 176.00 |
| TOTAL DISBURSEMENTS: | $ | 426.45 |
| TOTAL AMOUNT DUE: | $ | 602.45 |

FED. TAX I.D. 38-1915036    TERMS: NET 30 DAYS

{2B}

SOUTHFIELD • DETROIT • ANN ARBOR • NAPLES

JAFFE019162

```
  DATE   ATTY    SERVICE DESCRIPTION                        HOURS

04/27/15 PRH CORRESPONDENCE WITH IACCARINO CHAPTER 7         .10    35.00
             TRUSTEE.

04/30/15 PRH REVIEW MOTION TO APPROVE SETTLEMENT.            .30   105.00

05/29/15 PRH REVIEW ORDER APPROVING PREFERENCE SETTLEMENT.   .10    36.00


             ************** DISBURSEMENTS **************

09/29/14 SERVICE FEES - - VENDOR: CT CORPORATION SYSTEM         425.40
01/12/15 PACER CHARGES NET CHARGES                               0.60
04/23/15 COPY EXPENSE # 2                                        0.45


    *------------------------TIME AND FEE SUMMARY---------------------*
    *---------TIMEKEEPER---------*   RATE   HOURS            FEES
    PAUL R. HAGE                    352.00    .50          176.00
                            TOTALS           .50          176.00
```

JAFFE019163