# EXHIBIT 3

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com



RECEIVED
FEB 24 2017

Stinson Leonard Street
Jeffrey Goulder
1850 N. Central Avenue, Suite 2100
Phoenix, AZ  85004

February 21, 2017
Invoice No. 8636952

## (Privileged and Confidential Information)

Matter Description: NEAL COHEN V JAFFE RAITT HEUER & WEISS

| | |
|---|---:|
| Professional Services Posted Through January 31, 2017: | 1,200.00 |
| Current Disbursements: | 1.90 |
| | 1,201.90 |
| Total Current Invoice: | 1,201.90 |
| **Total Balance Due:** | **$1,201.90** |

**Invoice is payable upon receipt**
**Late fee of 1% per month will be assessed on late payments**

Ann Arbor    Bloomfield Hills    Detroit    Lansing    New York    Washington D.C.
Alliance Offices    Beijing    Shanghai    Mexico City    Monterrey    Member Lex Mundi    www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

Stinson Leonard Street
Jeffrey Goulder
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004

February 21, 2017
Invoice No. 8636952
Account Number: 000147758-0001

## (Privileged and Confidential Information)

Matter: NEAL COHEN V JAFFE RAITT HEUER & WEISS

Remit To:

Butzel Long
Attn: Accounts Receivable
150 West Jefferson Avenue
Suite # 100
Detroit, Michigan 48226-4430

To ensure proper credit, please return this remittance with your payment.

| Total Current Invoice: | 1,201.90 |
| --- | --- |
| **Total Balance Due:** | **$1,201.90** |

| **Wire Transfer** |
| --- |
| Huntington Bank |
| 801 West Big Beaver Road |
| Troy, MI 48084 (US) |
| Benefitting: **BUTZEL LONG, P.C.** |
| Swift Code: **HUNTUS33** |
| ABA Routing #: **044000024** |
| Account #: **01382168562** |
| |
| ABA Routing Number ACH |
| Credits ONLY: **072403473** |

Page 2
**Invoice is payable upon receipt**
**Late fee of 1% per month will be assessed on late payments**
For your information, the firm stores closed files for seven years, after which they are generally destroyed.

Ann Arbor    Bloomfield Hills    Detroit    Lansing    New York    Washington D.C.

Alliance Offices    Beijing    Shanghai    Mexico City    Monterrey    *Member Lex Mundi*    www.butzel.com



**BUTZEL LONG**
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
**www.butzel.com**

STINSON LEONARD STREET

February 21, 2017

Account Number: 000147758-0001

Invoice No. 8636952

### (Privileged and Confidential Information)

**PROFESSIONAL SERVICES posted through January 31, 2017**

### RE: NEAL COHEN V JAFFE RAITT HEUER & WEISS

| <u>Date</u> | <u>Tkpr</u> | <u>Narrative Description</u> | <u>Hours</u> |
|---|---|---|---|
| 01/11/17 | AS | Review opposing expert report; telephone conference with M. Vincent regarding same; follow-up. | 1.20 |
| 01/12/17 | AS | Review "construction industry exception" to multiemployer withdrawal liability; email's and telephone conferences. | 0.90 |
| 01/16/17 | AS | Attention to defendant's expert; possibility of deposition; review reports. | 0.30 |
| 01/17/17 | AS | Telephone conference with J. Goulder; follow-up. | 0.40 |
| 01/24/17 | AS | Various preparation regarding deposition. | 0.20 |

**TOTAL HOURS**      **3.00**

Ann Arbor    Bloomfield Hills    Detroit    Lansing    New York    Washington D.C.

Alliance Offices    Beijing    Shanghai    Mexico City    Monterrey    Member Lex Mundi    www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
**www.butzel.com**

STINSON LEONARD STREET

February 21, 2017

Account Number 000147758-0001

Invoice No. 8636952

## Professional Services

| Timekeeper | | | Total |
|---|---|---|---|
| Andrew W. Stumpff | 3.00 hours at | $400.00 | $1,200.00 |
| Total Professional Services | | | $1,200.00 |

## Disbursements

| Description | Total |
|---|---|
| Copies | $1.90 |
| **Total Disbursements** | **$1.90** |

| | |
|---|---|
| Current Fees: | 1,200.00 |
| Current Disbursements: | 1.90 |
| Total Current Invoice: | 1,201.90 |
| **Total Balance Due:** | **$1,201.90** |

Page 4

Ann Arbor    Bloomfield Hills    Detroit    Lansing    New York    Washington D.C.
Alliance Offices    Beijing    Shanghai    Mexico City    Monterrey    *Member Lex Mundi*    www.butzel.com



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

**RECEIVED**
**MAR 22 2017**
BY:_____

Stinson Leonard Street
Jeffrey Goulder
1850 N. Central Avenue, Suite 2100
Phoenix, AZ  85004

March 13, 2017
Invoice No. 8638330

## (Privileged and Confidential Information)

Matter Description: NEAL COHEN V JAFFE RAITT HEUER & WEISS

Professional Services Posted
Through February 28, 2017:                                      5,360.00

Current Disbursements:                                             0.00
                                                         _____

                                                              5,360.00

| | |
|---|---:|
| Total Current Invoice: | 5,360.00 |
| **Total Balance Due:** | **$5,360.00** |

### Invoice is payable upon receipt
### Late fee of 1% per month will be assessed on late payments

Ann Arbor   Bloomfield Hills   Detroit   Lansing   New York   Washington D.C.

*Alliance Offices*   Beijing   Shanghai   Mexico City   Monterrey   *Member Lex Mundi*   www.butzel.com



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

Stinson Leonard Street
Jeffrey Goulder
1850 N. Central Avenue, Suite 2100
Phoenix, AZ  85004

March 13, 2017
Invoice No. 8638330
Account Number: 000147758-0001

**(Privileged and Confidential Information)**

Matter: NEAL COHEN V JAFFE RAITT HEUER & WEISS

Remit To:

Butzel Long
Attn: Accounts Receivable
150 West Jefferson Avenue
Suite # 100
Detroit, Michigan 48226-4430

To ensure proper credit, please return this remittance with your payment.

| | |
|---|---|
| Total Current Invoice: | 5,360.00 |
| **Total Balance Due:** | **$5,360.00** |

**Wire Transfer**

Huntington Bank
801 West Big Beaver Road
Troy, MI 48084 (US)
Benefitting: **BUTZEL LONG, P.C.**
Swift Code: **HUNTUS33**
ABA Routing #: **044000024**
Account #: **01382168562**

ABA Routing Number  ACH
Credits ONLY: **072403473**

Page 2
**Invoice is payable upon receipt**
**Late fee of 1% per month will be assessed on late payments**
For your information, the firm stores closed files for seven years, after which they are generally destroyed.

Ann Arbor    Bloomfield Hills    Detroit    Lansing    New York    Washington D.C.

*Alliance Offices*    *Beijing*    *Shanghai*    *Mexico City*    *Monterrey*    *Member Lex Mundi*    www.butzel.com



# BUTZEL LONG
## ATTORNEYS AND COUNSELORS
*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

STINSON LEONARD STREET

March 13, 2017

Account Number: 000147758-0001

Invoice No. 8638330

## (Privileged and Confidential Information)

**PROFESSIONAL SERVICES posted through February 28, 2017**

### RE: NEAL COHEN V JAFFE RAITT HEUER & WEISS

| <u>Date</u> | <u>Tkpr</u> | <u>Narrative Description</u> | <u>Hours</u> |
|---|---|---|---|
| 02/02/17 | AS | Prepare for; telephone conference with J. Goulder; follow-up notes and document review. | 1.00 |
| 02/03/17 | AS | Review cases, etc. in preparation for deposition. | 0.30 |
| 02/06/17 | AS | Review case materials in preparation for deposition. | 0.70 |
| 02/08/17 | AS | Review documents; meeting with J. Goulder, etc., in preparation for deposition. | 5.60 |
| 02/09/17 | AS | Travel to and participate in deposition | 4.30 |
| 02/09/17 | AS | Prepare for deposition. | 0.80 |
| 02/09/17 | AS | Follow-up after deposition. | 0.70 |

**TOTAL HOURS**      13.40

Ann Arbor    Bloomfield Hills    Detroit    Lansing    New York    Washington D.C.
Alliance Offices    Beijing    Shanghai    Mexico City    Monterrey    Member Lex Mundi    www.butzel.com



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

STINSON LEONARD STREET

March 13, 2017

Account Number 000147758-0001

Invoice No. 8638330

| Professional Services | | | |
|---|---|---|---|
| Timekeeper | | | Total |
| Andrew W. Stumpff | 13.40  hours at | $400.00 | $5,360.00 |
| Total Professional Services | | | $5,360.00 |

| | |
|---|---|
| Current Fees: | 5,360.00 |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 5,360.00 |
| **Total Balance Due:** | **$5,360.00** |

Ann Arbor    Bloomfield Hills    Detroit    Lansing    New York    Washington D.C.

*Alliance Offices*    Beijing    Shanghai    Mexico City    Monterrey    *Member Lex Mundi*    www.butzel.com

# Deloitte.

# INVOICE

**Deloitte Consulting LLP**
Taxpayer ID No.: 061454513

**Billing Office:**
Detroit
200 Renaissance Center Ste 3900
Detroit, MI 48243-1313

**Billing Address:**
Darren Chaffee
Neal Cohen

c/o Michael Vincent, Esq.
Stinson Leonard Street LLP

via Electronic Mail

| | |
|---|---|
| Date: | April 12, 2017 |
| Invoice Number: | **8002858133** |

Payment
**Email remittance information to:**
**deloittepayments@deloitte.com**
**Please pay by ACH with CTX,CCD+ or WIRE.**
**Include invoice numbers/amounts and your company name**
**with the payment.**

Electronic funds payment details:
Bank Name:      Bank of America
US ACH:            011900571
US WIRE:          026009593
Swift Code:       BOFAUS3N
Account Name:  Deloitte Consulting LLP
Account No.:     385015866174

Check payment mailing address:
Deloitte Consulting LLP
P.O. Box 844717
Dallas, TX 75284-4717

Overnight mailing address:
Deloitte Consulting LLP LBX# 844717
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

Payment Terms:  Per Contract or Upon Receipt

---

Our Ref No.:  COB10251-01 CoBe Capital Actuarial Lit Support

Actuarial Litigation Support Services rendered in accordance with our November 22, 2016 engagement letter in regards to the matter of Neal Cohen et al. v. Jaffe, Raitt, Heuer & Weiss P.C., et al.

Services directly related to the Deposition on February 9, 2017

Additional detail as in the attached.

**Amount Due:**                    $ 7,365.00

All amounts represent USD

*May include fees and expenses from affiliated and related entities.*

# Detail of Time Charges

**Client Name:** Stinson Leonard Street LLP
**Case:** Cohen v. Jaffe
**WBS Element:** COB10251

| Consultant | Level | Date | Description | Time (Hrs) |
|---|---|---|---|---|
| GEDDES, TIMOTHY J | Director | 2/2/2017 | Discussion with Mr. Goulder regarding upcoming deposition ; | 1.00 |
| GEDDES, TIMOTHY J | Director | 2/7/2017 | Prep for Deposition in Cohen v. Jaffe | 2.40 |
| GEDDES, TIMOTHY J | Director | 2/8/2017 | Prep for Deposition in Jaffe / Cohen case | 5.00 |
| GEDDES, TIMOTHY J | Director | 2/9/2017 | Final Prep for Deposition ; Deposition | 1.90 |
| | | | | |
| | | | | |
| **Total** | | | | **10.3** |

EconLit LLC

# Invoice

Great American Tower
3200 North Central Avenue, Suite 1850
Phoenix, AZ 85012
www.EconLit.net

| Date | Invoice # |
|------|-----------|
| 3/5/2017 | 03175421 |

**Bill To**

Darren Chaffee
220 East 42nd Street Suite 3101
New York, New York 10017

| Terms |
|-------|
| Due upon receipt |

| Customer: Job | Description | Amount |
|---------------|-------------|--------|
| Chaffee v. Jaffe Litigation | February 16-28, 2017 | 245.00 |
| | cc: Jeffrey J. Goulder, Esq. | |

Supporting detail for this invoice attached.

| **Total** | $245.00 |
|-----------|---------|

# **EconLit**LLC

*Economic and Litigation Consulting*

**The Great American Tower**
**3200 North Central Avenue, Suite 1850**
**Phoenix, Arizona 85012**
**Telephone 602.264.1400  Facsimile 602.264.1401**

**Taxpayer ID #86-0988812**

March 5, 2017
Invoice Number 03175421

Darren Chaffee
220 East 42nd Street Suite 3101
New York, New York 10017

### **Re: Chaffee v. Jaffe Litigation**

Invoice for Professional Services from February 16-28, 2017          $245.00
(See attached summary for details of time and tasks)

                                                                              ——————

Total amount due for this invoice                                        $245.00

cc: Jeffrey J. Goulder, Esq.

*To ensure proper credit to your account please write our invoice number on your check,*
*or send a copy of this page with your payment.*

# EconLit LLC

*Economic and Litigation Consulting*

March 5, 2017
Invoice Number 03175421

## Re: Chaffee v. Jaffe Litigation

*Summary of Engagement Time and Tasks By Consultant*

Dwight J. Duncan:

| Description | Hours |
|---|---|
| Analyze data and financial statements | 0.2 |
| Total Hours | 0.2 |
| Rate per Hour | $475.00 |
| Total | $95.00 |

# EconLit LLC

*Economic and Litigation Consulting*

March 5, 2017
Invoice Number 03175421

## Re: Chaffee v. Jaffe Litigation

*Summary of Engagement Time and Tasks By Consultant*

Randall R. Smith:

| Description | Hours |
|---|---|
| Analyze data and financial statements | 0.4 |
| Total Hours | 0.4 |
| Rate per Hour | $375.00 |
| Total | $150.00 |

EconLit LLC

Great American Tower
3200 North Central Avenue, Suite 1850
Phoenix, AZ 85012

www.EconLit.net

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/20/2017 | 03175437 |


RECEIVED
MAR 2 2 2017
BY:_____

| Bill To |
|---------|
| Darren Chaffee<br>220 East 42nd Street Suite 3101<br>New York, New York 10017 |

| Terms |
|-------|
| Due upon receipt |

| Customer: Job | Description | Amount |
|---------------|-------------|--------|
| Chaffee v. Jaffe Litigation | March 1-15, 2017 | 1,837.50 |
| | cc: Jeffrey J. Goulder, Esq. | |

Supporting detail for this invoice attached.

| **Total** | $1,837.50 |
|-----------|-----------|

# EconLit LLC

*Economic and Litigation Consulting*

**The Great American Tower**
**3200 North Central Avenue, Suite 1850**
**Phoenix, Arizona 85012**
**Telephone 602.264.1400  Facsimile 602.264.1401**

**Taxpayer ID #86-0988812**

March 20, 2017
Invoice Number 03175437

Darren Chaffee
220 East 42nd Street Suite 3101
New York, New York 10017

**Re: Chaffee v. Jaffe Litigation**

Invoice for Professional Services from March 1-15, 2017          $1,837.50
(See attached summary for details of time and tasks)

Total amount due for this invoice                              $1,837.50

cc: Jeffrey J. Goulder, Esq.

*To ensure proper credit to your account please write our invoice number on your check,*
*or send a copy of this page with your payment.*

# EconLit LLC

*Economic and Litigation Consulting*

March 20, 2017
Invoice Number 03175437

**Re: Chaffee v. Jaffe Litigation**

*Summary of Engagement Time and Tasks By Consultant*

Randall R. Smith:

| Description | Hours |
|---|---|
| Discuss case with client/counsel | 0.1 |
| Review documents | 0.1 |
| Create testimony binder | 2.4 |
| Prepare or assist in the preparation of the expert report | 2.3 |
| Total Hours | 4.9 |
| Rate per Hour | $375.00 |
| Total | $1,837.50 |

EconLit LLC

Great American Tower
3200 North Central Avenue, Suite 1850
Phoenix, AZ 85012

www.EconLit.net

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/7/2017 | 04175460 |

**Bill To**

Jeffery S. Hengeveld, Esq.
Plunkett Cooney
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304

| Terms |
|-------|
| Due upon receipt |

| Customer: Job | Description | Amount |
|---------------|-------------|--------|
| Chaffee v. Jaffe - Depo | Testimony of Dwight J. Duncan on March 21, 2017 | 1,187.50 |
| | cc: Jeffrey J. Goulder, Esq. | |

Supporting detail for this invoice attached.

| **Total** | $1,187.50 |
|-----------|-----------|

# EconLit LLC

*Economic and Litigation Consulting*

**The Great American Tower**
**3200 North Central Avenue, Suite 1850**
**Phoenix, Arizona 85012**
**Telephone 602.264.1400  Facsimile 602.264.1401**

**Taxpayer ID #86-0988812**

April 7, 2017
Invoice Number 04175460

Jeffery S. Hengeveld, Esq.
Plunkett Cooney
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304

**Re: Chaffee v. Jaffe Litigation**

| | |
|---|---|
| Invoice for the Testimony of Dwight J. Duncan on March 21, 2017 (See attached summary for details of time and tasks) | $1,187.50 |
| Total amount due for this invoice | $1,187.50 |

cc: Jeffrey J. Goulder, Esq.

*To ensure proper credit to your account please write our invoice number on your check, or send a copy of this page with your payment.*

# EconLit LLC

*Economic and Litigation Consulting*

April 7, 2017
Invoice Number 04175460

## Re: Chaffee v. Jaffe Litigation

*Summary of Engagement Time and Tasks By Consultant*

Dwight J. Duncan:
Description

|  | Hours |
|---|---|
| Provide testimony | 2.5 |
| Total Hours | 2.5 |
| Rate per Hour | $475.00 |
| Total | $1,187.50 |

EconLit LLC

Great American Tower
3200 North Central Avenue, Suite 1850
Phoenix, AZ 85012
www.EconLit.net

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/5/2017 | 04175448 |

**Bill To**

Darren Chaffee
220 East 42nd Street Suite 3101
New York, New York 10017

| Terms |
|-------|
| Due upon receipt |

| Customer: Job | Description | Amount |
|---------------|-------------|--------|
| Chaffee v. Jaffe Litigation | March 16-31, 2017<br>329 black/white copies @ $0.19 | 4,695.00<br>62.51 |
|  | cc: Jeffrey J. Goulder, Esq. |  |

Supporting detail for this invoice attached.

**Total**   $4,757.51

# EconLit LLC

*Economic and Litigation Consulting*

**The Great American Tower**
**3200 North Central Avenue, Suite 1850**
**Phoenix, Arizona 85012**
**Telephone 602.264.1400  Facsimile 602.264.1401**

**Taxpayer ID #86-0988812**

April 5, 2017
Invoice Number 04175448

Darren Chaffee
220 East 42nd Street Suite 3101
New York, New York 10017

## Re: Chaffee v. Jaffe Litigation

| | |
|---|---:|
| Invoice for Professional Services from March 16-31, 2017 (See attached summary for details of time and tasks) | $4,695.00 |
| 329 black/white copies @ $0.19 | 62.51 |
| Total amount due for this invoice | $4,757.51 |

cc: Jeffrey J. Goulder, Esq.

*To ensure proper credit to your account please write our invoice number on your check, or send a copy of this page with your payment.*

# EconLit LLC

*Economic and Litigation Consulting*

April 5, 2017
Invoice Number 04175448

## Re: Chaffee v. Jaffe Litigation

*Summary of Engagement Time and Tasks By Consultant*

Dwight J. Duncan:

| Description | Hours |
|---|---|
| Discuss case with client/counsel | 0.5 |
| Review documents | 1.4 |
| Review other expert reports | 0.4 |
| Prepare for deposition or trial | 3.4 |
| Total Hours | 5.7 |
| Rate per Hour | $475.00 |
| Total | $2,707.50 |

# EconLit LLC

*Economic and Litigation Consulting*

April 5, 2017
Invoice Number 04175448

## Re: Chaffee v. Jaffe Litigation

*Summary of Engagement Time and Tasks By Consultant*

Randall R. Smith:

| Description | Hours |
|---|---|
| Analyze data and financial statements | 0.9 |
| Create testimony binder | 2.1 |
| Prepare or assist in the preparation of the expert report | 1.5 |
| Prepare for deposition or trial | 0.8 |
| Total Hours | 5.3 |
| Rate per Hour | $375.00 |
| Total | $1,987.50 |