**Statement of Claims and Defenses**

This case involves alleged legal malpractice and breach of contract. The plaintiffs are Neal Cohen, Darren Chaffee, and their jointly-owned company SSL Assets, LLC. The defendants are Jeffrey Weiss, Deborah Baughman, Lee Kellert, and Jaffe, Raitt, Heuer & Weiss P.C.

Plaintiffs claim that they requested legal advice from Defendants related to their purchase of a company, LSI Corporation of America, Inc. ("LSI") and they asked Defendants to ensure that if they purchased LSI, LSI's pension liabilities would not spread to Plaintiffs Neal Cohen and Darren Chaffee, or to other companies owned by them. Plaintiff SSL Assets, LLC ("SSL") is one such company. Defendants informed Plaintiffs that the contemplated purchase of LSI would not expose Cohen, Chaffee, or their other companies to LSI's pension liabilities. This legal advice was incorrect. After completing the purchase of LSI, Plaintiffs learned that the purchase caused SSL to become automatically liable for LSI's pension liabilities. Plaintiffs claim that as a result of this incorrect legal advice, they have suffered damages both personally and to SSL.

Defendants deny Plaintiffs' claims. Defendants claim that they provided correct legal advice based on the facts told to them at the time, and that they asked the necessary questions of Plaintiffs Neal Cohen and Darren Chaffee to ensure that their advice was correct. Defendants deny that they had an attorney-client relationship with SSL, and further contend that Plaintiffs' damages sought are speculative and that Plaintiffs have failed to mitigate their damages.