UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEAL COHEN, DAREN CHAFFEE,
AND SSL ASSETS, LLC,

    Plaintiffs,

vs.

Case No. 16-CV-11484

HON. GEORGE CARAM STEEH

JAFFE, RAITT, HEUER & WEISS, P.C.,
JEFFREY M. WEISS, LEE B. KELLERT
AND DEBORAH L. BAUGHMAN,

    Defendants.
_____/

ORDER GRANTING DEFENDANTS' ORAL
MOTION TO AMEND FINAL PRETRIAL ORDER
<u>TO ADD COMPARATIVE NEGLIGENCE DEFENSE</u>

    Defendants made an oral motion before the court on September 26, 2017 to amend the joint final pretrial order to include their affirmative defense of comparative negligence. Defendants explained that they did not intend to waive the defense, that it had been a part of their case since they filed their Answer, that it was addressed in depositions, and that it was included in their proposed jury instructions. In light of these circumstances, the court finds that plaintiffs cannot demonstrate any prejudice if defendants' motion is granted. Now, therefore,

- 1 -

IT IS HEREBY ORDERED that defendants' oral motion to amend the joint final pretrial order to include the affirmative defense of comparative negligence IS GRANTED.

Dated: September 26, 2017

                                                s/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 26, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk