UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



FILED
OCT - 3 2017
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Neal Cohen; Darren Chaffee; SSL Assets, LLC,

                Plaintiffs,

v.

Jaffe, Raitt, Heuer & Weiss, P.C; Jeffrey M. Weiss; Lee B. Kellert; and Deborah L. Baughman,

                Defendants.

Case No.: 2:16-cv-11484-GCS-APP

## JURY VERDICT FORM

**QUESTION NO. 1:** Were any of the defendants professionally negligent as claimed by the plaintiffs?

**ANSWER:** ___yes___ (Yes or No)

If your answer is "yes," go to question 2. If your answer is "no," do not answer any further questions.

## NEAL COHEN AND DARREN CHAFFEE

**QUESTION NO. 2:** Was the defendants' professional negligence a proximate cause of the damage to Neal Cohen ("Cohen") and Darren Chaffee ("Chaffee")?

**ANSWER:** ___yes___ (Yes or No)

If your answer is "yes," continue to question 3. If your answer is "no," go to question 9.

**QUESTION NO. 3:** What is the total amount of damages for Cohen and Chaffee?

**ANSWER:** Neal Cohen: $ 3,181,000

Darren Chaffee: $ 3,181,000

Continue to question 4.

2

**QUESTION NO. 4:** Did Cohen and Chaffee use reasonable care and diligence to minimize their damages?

ANSWER: ___NO___ (Yes or No)

If your answer is "yes," go to question 6. If your answer is "no," continue to question 5.

**QUESTION NO. 5:** What amount of the damages set forth in question 3 do you believe Cohen or Chaffee should have minimized through reasonable care and diligence?

ANSWER: Neal Cohen:     $ 2,148,000

Darren Chaffee:  $ 2,514,000

Continue to question 6.

**QUESTION NO. 6:** Were Cohen or Chaffee negligent as claimed by the defendants?

ANSWER: ___NO___ (Yes or No)

If your answer is "yes," continue to question 7. If your answer is "no," go to question 9.

**QUESTION NO. 7:** Was Cohen's or Chaffee's negligence a proximate cause of any of the damage they claim?

ANSWER: _____ (Yes or No)

If your answer is "yes," continue to question 8. If your answer is "no," go to question 9.

3

**QUESTION NO. 8:** For the amount of damages you believe Cohen and Chaffee are entitled to recover, and using 100% as the total, what percentage of fault do you attribute to the defendants, and what percentage do you attribute to Cohen and Chaffee?

**ANSWER:** _____% to Defendants

_____% to Neal Cohen and Darren Chaffee

Continue to question 9.

## SSL ASSETS, LLC

**QUESTION NO. 9:** Did the defendants have an attorney-client relationship with SSL Assets, LLC ("SSL")?

**ANSWER:** ___yes___ (Yes or No)

If your answer is "yes," go to question 10. If your answer is "no," do not answer any further questions.

**QUESTION NO. 10:** Was the defendants' professional negligence a proximate cause of the damage to SSL?

**ANSWER:** ___yes___ (Yes or No)

If your answer is "yes," go to question 11. If your answer is "no," do not answer any further questions.

**QUESTION NO. 11:** What is the total amount of damages for SSL?

**ANSWER:** $ ___3,259,960___

Continue to question 12.

**QUESTION NO. 12:** Did SSL use reasonable care and diligence to minimize its damages?
**ANSWER:** ___yes___ (Yes or No)

If your answer is "yes," go to question 14. If your answer is "no," go to question 13.

5

**QUESTION NO. 13:** What amount of the damages set forth in question 11 do you believe SSL should have minimized through reasonable care and diligence?

**ANSWER:** $_____

Go to question 14.

**QUESTION NO. 14:** Was SSL negligent as claimed by the defendants?

**ANSWER:** __NO_____ (Yes or No)

If your answer is "yes," continue to question 15. If your answer is "no," do not answer any further questions.

**QUESTION NO. 15:** Was SSL's negligence a proximate cause of any of the damage it claims?

**ANSWER:** _____ (Yes or No)

If your answer is "yes," continue to question 16. If your answer is "no," do not answer any further instructions.

**QUESTION NO. 16:** For the amount of damages you believe SSL is entitled to recover, and using 100% as the total, what percentage of fault do you attribute to the defendants, and what percentage do you attribute to SSL?

**ANSWER:**       _____% to Defendants

             _____% to SSL

6

**s/Jury Foreperson**

In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

Date: 10-03-2017

Open.13920.61301.19133258-1