# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Neal Cohen; Darren Chaffee; and SSL Assets, LLC,

    Plaintiffs,

v.

Jaffe, Raitt, Heuer & Weiss, P.C., Jeffrey M. Weiss, Lee B. Kellert and Deborah L. Baughman,

    Defendants,

Jaffe, Raitt, Heuer & Weiss, P.C.,

    Third-Party Plaintiff,

v.

CoBe Capital, LLC,

    Third-Party Defendant.

Case No.: 2:16-cv-11484

## JUDGMENT

It is hereby ordered and adjudged:

1. Judgment is entered in favor of Plaintiff Neal Cohen and against Defendants in the amount of $1,033,000 on Neal Cohen's claim against Defendants for professional negligence.

1

2. Judgment is entered in favor of Plaintiff Darren Chaffee and against Defendants in the amount of $667,000 on Darren Chaffee's claim against Defendants for professional negligence.

3. Judgment is entered in favor of Plaintiff SSL Assets, LLC and against Defendants in the amount of $3,259,960 on SSL Assets, LLC's claim against Defendants for professional negligence.

4. Judgment is entered in favor of Defendants and against Plaintiffs on Plaintiffs' claims for breach of contract.

5. Judgment is entered in favor of CoBe Capital, LLC and against Jaffe, Raitt, Heuer & Weiss, P.C. ("Jaffe") on Jaffe's third-party claims for breach of contract, unjust enrichment, quantum meruit, and account stated.

6. Plaintiffs Neal Cohen, Darren Chaffee, and SSL Assets, LLC are each awarded prejudgment interest on their respective money judgments at the rate set forth in M.C.L.A. § 600.6013(8). Such prejudgment interest shall accrue from the date of Plaintiffs' Complaint, April 25, 2016, through the date of entry of this Judgment.

7. This Judgment shall accrue postjudgment interest from the date of the entry of this Judgment until it is paid in full, pursuant to 28 U.S.C. § 1961.

Dated this 1st day of November, 2017.

                                                   <u>s/George Caram Steeh</u>
                                                   United States District Judge