UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEAL COHEN, DAREN CHAFFEE,
AND SSL ASSETS, LLC,

        Plaintiffs,

Case No. 16-CV-11484

vs.

HON. GEORGE CARAM STEEH

JAFFE, RAITT, HEUER & WEISS, P.C.,
JEFFREY M. WEISS, LEE B. KELLERT
AND DEBORAH L. BAUGHMAN,

        Defendants.

_____/

ORDER GRANTING DEFENDANTS' MOTION
TO APPROVE AMOUNTS AND TERMS OF SUPERSEDEAS
BONDS ON APPEAL AND FOR STAY OF PROCEEDINGS
TO ENFORCE JUDGMENT UNDER FED. R. CIV. P. 62 [DOC. 93]

Defendants move for entry of an order approving the amounts and

terms of three supersedeas bonds, together with an order staying

proceedings to enforce this court's November 1, 2017 Judgment. As

proposed by defendants, the bond amounts include an allowance of

$10,000 costs per judgment, pre-judgment interest from the date of the

filing of the Complaint, April 25, 2016 through the date of Judgment,

November 1, 2017, and post-judgment interest through March 1, 2019.

Plaintiffs concur in all terms with the exception that they urge that the

- 1 -

proposed bonds should incorporate post-judgment interest through September 1, 2019 to allow more time for anticipated cross-appeals should this court deny the post-judgment relief sought by defendants.

While the court agrees with plaintiffs' assessment that one year may not be adequate to complete the appeals process, it is premature to make that determination. If appeals are filed and it does not appear that the Sixth Circuit will issue a final ruling by March 1, 2019, then on or about January 15, 2019 plaintiffs may move for an order extending the terms of the supersedeas bond. Now, therefore,

IT IS HEREBY ORDERED that the amounts and terms of the three supersedeas bonds are APPROVED.

IT IS HEREBY FURTHER ORDERED that a stay of proceedings and execution upon the November 1, 2017 Judgment is ENTERED, to remain in place until further order of this court.

Dated: January 11, 2018

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 11, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk